

EXHIBIT A



**Andrew J. Spano**
**County Executive**

Department of Health

Joshua Lipsman, M.D., M.P.H.
Commissioner

March 30, 2001

Michael & Marlene Durand
498 Manor Lane
Pelham, NY 10803

RE:   Exterior Paint Removal
      498 Manor Lane
      Section 193.76, Block 1, Lot 70
      Pelham

Dear Mr. & Mrs. Durand:

Reference is made to a complaint received by this Department regarding paint removal by power sanding at the above referenced premise. In response to this complaint an inspection was made by this writer on March 29, 2001.

The paint was sampled with an XRF Analyzer and found to contain lead above this Department's guidelines of 2.0 mg/cm2. This constitutes non-compliance with Chapter 873, Article XIII, Section 873.1312.1 and Chapter 873, Article XIII, Section 873.781.1 of the Laws of Westchester County New York.

In light of the above the following actions must be secured to reduce further lead contamination.
1. All visible paint chips and dust on the ground resulting from the sanding operation must be removed.
2. Under Section 406(b) of the Toxic Substance Control Act all contractors removing lead paint must be certified pursuant to Article X, Section 402. If further paint is to be removed, a containment system must be installed around the work area. This includes collecting all debris and paint chips.

A follow-up inspection for compliance of the above mentioned requests will be made on April 4, 2001.

If there are any questions, please contact the undersigned at (914) 813-5146.

Sincerely,

John C. Ruggiero
Sanitarian
Bureau of Environmental Quality

JCR:plt
pc: Ralph Magliulo, Building Insp, Pelham
    File



**Andrew J. Spano**
**County Executive**

Department of Health
Joshua Lipsman, M.D., M.P.H.
Commissioner

April 26, 2001

Michael & Marlene Durand
498 Manor Lane
Pelham, NY 10803

RE: Lead Paint Removal
498 Manor Lane
Section 193.76, Block 1, Lot 70
Pelham(V)

Dear Mr. & Mrs. Durand:

This letter will serve to summarize a soil sample result taken on April 2, 2001 at the above-referenced premise.

The attached copy of a sampling result shows soil lead concentration of:

960.00 ppmv – West side of house (rear), approximately 2 feet out from foundation of house.

The above sample exceeds the EPA Guidelines of 400.00 ppmv for residential lead contamination soil and constitutes non-compliance with Chapter 873, Article XIII, Section 873.1312.1 and Chapter 873, Article VIII, Section 873.781.1 of the Laws of Westchester County.

In light of the above, you are advised that the following actions must be undertaken:

Contaminated soil must be removed.

A follow-up inspection and resampling for compliance of the above request will be made on May 14, 2001.

If there are any questions, please contact the undersigned at (914) 813-5146.

Very truly yours,

John C. Ruggiero
Sanitarian
Bureau of Environmental Quality

JCR:ls

cc: Ralph Magliulo, Bldg. Insp., Pelham(V)
    File

# Field Activity Report
## Bureau of Environmental Quality


SHEET _____ OF _____

NAME:

ADDRESS: 938 Manor Lane

MAILING ADDRESS: Pelham, NY

| P.O. BOX | POST OFFICE | ZIP CODE |

TELEPHONE:

PERSON IN CHARGE OR INTERVIEWED: T

*NAME AND TITLE*

DATE: 3/29/01                          TYPE FACILITY: R H

TIME ARRIVED: 2:10 pm                  TIME LEFT: 3:10 pm

## INSPECTION

☐ ORG. ROUTINE            ☑ ORIG. COMPLAINT       ☐ ORIG. REQUEST        ☐ COMPLIANCE

☐ COMPLAINT COMP.         ☐ FINAL                 ☐ GROUP ILLNESS        ☐ CONSTRUCTION

☐ REINSPECTION            ☐ FIELD, SAMPLING ONLY  ☐ FIELD CONFERENCE     ☐ OTHER (EXPLAIN BELOW)

FINDINGS:

Complaint investigation conducted at above location. At time of inspection no work was observed in progress. Inspection of property showed evidence of exterior paint removed with a power sander. Paint was found removed from the West and North walls of house.

INSPECTOR: John C. Ruggieri/Sanitarian          INSPECTOR TELE:

PERSON IN CHARGE OR INTERVIEWED: *I acknowledge receipt of a copy of this Field Activity Report.*

SIGNATURE:                                       TITLE:

H-7110



Low Energy Spectrum (V-sqrt)    MaxPeak: 95.9

Ser 1
NLNo: 255
Imp: FH
Runm:
Note: STD
Size: 14.1
Date/Time: 3-30-2001 09:11:46

Low Energy Spectrum (V-sqrt)    MaxPeak: 169.9

Ser 2
NLNo: 256
Imp:
Runm:
Note:
Size: 2.9
Date/Time: 3/30/2001 09:12:46

Low Energy Spectrum (V-sqrt)    MaxPeak: 96.9

Ser 3
NLNo: 257
Imp:
Runm:
Note: STD
Size: 20.8
Date/Time: 3-30-2001 09:13:16

Low Energy Spectrum (V-sqrt)    MaxPeak: 190.8

Ser 4
NLNo: 258
Imp:
Runm:
Note:
Size: 2.9
Date/Time: 3-30-2001 09:13:55

Serial #XL309-U1242D4659 Site:   Date: 3/30/2001

| No | XLNo | Insp | Room | Note | Ssec | Date/Time | DI | Result | Pbc ± Prec | Res ± Prec |
|----|------|------|------|------|------|-----------|-----|--------|------------|------------|
| 1 | 255 | EB | | STD | 14.1 | 3/30/2001 09:11:46 | 1.1 | NEG | 1.59 ± 0.26 | NA |
| 2 | 256 | | | | 2.9 | 3/30/2001 09:12:46 | 1.7 | POS | 49.05 ± 20.84 | NA |
| 3 | 257 | EB | | STD | 20.8 | 3/30/2001 09:13:16 | 1.0 | NEG | 1.43 ± 0.19 | NA |
| 4 | 258 | | | | 2.9 | 3/30/2001 09:13:55 | 1.7 | POS | 50.92 ± 21.68 | NA |

**Sakala, Michael**

| | |
|---|---|
| **To:** | Bernard, Donna; Landrigan, Mary |
| **Cc:** | Hudson, Jean; Bruno, Denise |
| **Subject:** | RE: ▮▮▮▮▮▮▮ - Sandblasting |

I will send someone out to repond
mike

-----Original Message-----
| | |
|---|---|
| **From:** | Bernard, Donna |
| **Sent:** | Thursday, March 29, 2001 1:05 PM |
| **To:** | Landrigan, Mary |
| **Cc:** | Sakala, Michael; Hudson, Jean; Bruno, Denise |
| **Subject:** | Here we go again- Sandblasting |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮more importantly I just got a call from the Pelham Schools to complain about abrasive blasting taking place on an old home across from the school at 525 Manor Lane in Pelham Manor. ▮▮▮▮▮▮ We have a clear protocol which places these calls potentially under a violation of the air quality code. Mike Sakala's staff responds and Lead is there to assist with testing if necessary. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I apologized to the school official for being bounced around and told him I would personally speak to the director of the complaint bureau etc.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thanks again.

1

# Field Activity Report
## Bureau of Environmental Quality


SHEET _____ OF _____

NAME:

ADDRESS: *H 39 Manor Lane*

MAILING ADDRESS: *Pelham NY*

| P.O. BOX | POST OFFICE | ZIP CODE |
|---|---|---|

TELEPHONE:

PERSON IN CHARGE OR INTERVIEWED: *Rich - painter*

NAME AND TITLE

DATE: *4/11/01*                TYPE FACILITY: *P. H.*

TIME ARRIVED: *10:50 Am*        TIME LEFT: *11:20 Am*

## INSPECTION

☐ ORG. ROUTINE          ☐ ORIG. COMPLAINT       ☐ ORIG. REQUEST       ☐ COMPLIANCE

☐ COMPLAINT COMP.       ☐ FINAL                 ☐ GROUP ILLNESS       ☐ CONSTRUCTION

☑ REINSPECTION          ☐ FIELD, SAMPLING ONLY  ☐ FIELD CONFERENCE    ☐ OTHER (EXPLAIN BELOW)

_Re-inspection conducted at above location_

FINDINGS:

_Inspection showed all visible dust from exterior paint removal found cleaned up from the surface of the ground._

_Painter found on site using chemical removal material to strip paint from the wall. Ground found covered in work areas._

INSPECTOR: *John C Perrino Sanitarian*          INSPECTOR TELE:

PERSON IN CHARGE OR INTERVIEWED: *I acknowledge receipt of a copy of this Field Activity Report.*

SIGNATURE:                                      TITLE:

H-7110

# *REPORT OF ANALYSIS*

**Westchester County Department of Labs and Research**   2 Dana Road   Valhalla, New York 10595

---

**Agency:** Westchester County Health Dept.
Bureau of Environmental Qualit
145 Huguenot Street
New Rochelle, NY 10801
Michael Sakala

**Received By:** LK
**Bottle No.:** BAG #2
**Collected By:** RUGGIERO
**Comment:**

**Sample Location:** MICHAEL & MARLENE DURAND
938 MANOR LANE
PELHAM, N.Y.
**Sample Point:** 1IN FROM PATIO-WEST SID
**ID of Source:** SOIL
**Collection Date:** 4/2/01  AT  10:35:00 AM
**Submitted On:** 4/2/01  AT  12:33:00 PM
**Sample Type:** S_SOIL
**PWS No.:**
**Source Code:** 000
**Type Descriptor:**

**Report To:**

---

## Sample No.   AD06567

| Method | Test Description | Results | Units | MDL | Analyzed on | Validator |
|--------|------------------|---------|-------|-----|-------------|-----------|
| **Inorganics** | | | | | | |
| SW846/6010 | Lead | 280 | ug/g dry wgt | 5.0 | 4/9/01 | PAD |
| SW846 3050 | Soil Metals Digestion | Completed | | | 4/4/01 | PAD |
| EPA'79 160. | Percent solids | 68.8 | % | 0.1 | 4/3/01 | PAD |

---

**Approved By:** Pam Dilsizian        QA Officer                                **Date Approved:**        4/9/01

---



# ENVIRONMENTAL SERVICES SAMPLE SUBMISSION FORM
## WESTCHESTER COUNTY LABORATORIES AND RESEARCH
2 Dana Road, Valhalla, New York 10595
(914) 593-5575



NYS-ELAP No. 10108
Form A-70 (rev.1/96)

Time/Date Set:

---

**Sample Type** (circle one):

1. Potable    3. Non Potable *Treated*
2. Non Potable    ④ Other _Soil_

Time/Date Collected: _10:35 4/2/01_
Collected By: _S. Ruggiero_    Agency Code: _BEB_

**Collected From:**
Location's/Individual's Name _Michael + Marlene Durand_
Street _9358 Manor Lane_
City/St/Zip _Pelham NY 10803_
Identification of Source _Soil_
Collection Point _1' from patio west side of house_

Bottle #'s: _Bag #2_
Chain of Custody? ___ yes ___ no
Comments: _rear yard_
PWS #: _____ Source ID: _____ Type Descriptor: _____

**Bill to:**
Name/Company _WCDOH_
Street _____
City/St/Zip _____
Phone#: _____ Fax#: _____
CA, CH, BI? _____ Check#: _____ Amount$_____

---

## BACTERIOLOGICAL ANALYSIS
Lab#: _____
(circle tests)
1. Heterotrophic Plate
   Count (hemodialysis & all others)
2. Coliform P/A (public supplies)
3. Coliform MPN (priv well, raw, stp)
4. Fecal Coliform (all samples)
5. Microscopic
6. Macroscopic
7. API
8. Other: _____

Refrigerated? ___ yes ___ no
Chlorinated:? ___ yes ___ no
Free Chlorine Res: _____ mg/L
Total Chlorine Res: _____ mg/L.
pH _____

## ORGANIC POTABLE ANALYSIS
Lab#: _____
(circle tests)
1. Trihalomethanes (524)
2. Volatile Halocarbons (524)
3. Volatile Aromatics (524)
4. Total Trihalomethane Potential (510)
5. Microextractables (504)
6. Pesticides (507)
7. Pesticides/PCB screen (508)
8. PCB as Decachlorobiphenyl (508A)
9. Herbicides (515)
10. Pesticides (525)
11. Carbamate Pesticides (531)
12. Glyphosate (547)
13. Diquat (549)
14. Chlorination Disinfection Byproducts (551)
15. Haloacetic Acids (552)
16. Pesticides (SM18/6630)
17. Petroleum/Hydrocarbon Scan (310-13)
18. Other: _____

## ORGANIC NONPOTABLE/SOLID ANALYSIS
1. Purgeable Halocarbons (624/8260)
2. Purgeable Aromatics (624/8260)
3. Acrolein & Acrylonitrile (624)
4. Phthalates (625/8270)
5. Organochlorine Pesticides (608/8081)
6. PCB's (Arochlors) (608/8081)
7. Methoprene (616)
8. Herbicides (EPA1978/8151)
9. Pesticides (SM18/6630)
10. Petroleum Hydrocarbon Scan (310-13)
11. Glycols
12. Acid Extractables (625/8270)
13. Base Neutral Extractables (625/8270)
14. GC/MS Semivolatile Unknown Scan
15. Purgeable Halocarbons (DEF)
16. Purgeable Aromatics (DEF)
17. Pesticides/PCB's (DEF)
18. Other: _____

2001 APR -2 P 12: 32

REC'D BY: 03331

---

## INORGANIC ANALYSIS REQUESTED - Lab#: _____
(circle tests)
1. Color
2. Turbidity
3. pH
4. Conductivity
5. Corrosivity (temp: ____ ºC)
6. BOD (5 day)
7. Soluble BOD (5 day)
8. Carbonaceous BOD (5 day)
9. Chemical Oxygen Demand
10. Dissolved Oxygen
11. Total Organic Carbon
12. Total Organic Halides
13. Solids, Percent (%)
14. Solids, Settleable
15. Solids, Suspended
16. Solids, Total
17. Solids, Total Dissolved
18. Solids, Total Volatile
19. Other: _____

20. Acidity
21. Alkalinity, as CaCO3
22. Bromide
23. Bromate/Chlorate/Chlorite
24. Chloride
25. Cyanide
26. Fluoride
27. Hardness, Total as CaCO3
28. Nitrogen, Ammonia as N
29. Nitrogen, Nitrate as N
30. Nitrogen, Nitrite as N
31. Nitrogen, Total Kjeldahl as N
32. Oil an Grease
33. Phenol
34. Phosphorus Total as P
35. Phosphorus, Ortho as P
36. Sulfates
37. Surfactants
38. UV254

39. Aluminum
40. Antimony
41. Arsenic
42. Barium
43. Beryllium
44. Boron
45. Cadmium
46. Calcium, as CaCO3
47. Calcium, Ca+2
48. Chromium, Total
49. Chromium, Hexavalent
50. Cobalt
51. Copper
52. Iron
53. Lead
54. Magnesium
55. Manganese
56. Mercury
57. Molybdenum
58. Nickel

59. Potassium
60. Selenium
61. Silver
62. Sodium
63. Thallium
64. Vanadium
65. Zinc

**CLP**
66. Metals/CN
67. Volatiles
68. Semi-violatiles
69. Pesticides/PCB's
70. Disk Deliverables

**TCLP**
71. TCLP-Metals
72. TCLP-Pesticides
73. TCLP-Herbicides
74. TCLP-Volatiles
75. TCLP-BNA's

# *REPORT   OF   ANALYSIS*

### Westchester County Department of Labs and Research    2 Dana Road   Valhalla, New York  10595

**Agency:** Westchester County Health Dept.
Bureau of Environmental Qualit
145 Huguenot Street
New Rochelle, NY 10801
Michael Sakala

**Received By:** LK
**Bottle No.:** BAG #3
**Collected By:** RUGGIERO
**Comment:**

**Report To:**

**Sample Location:** MICHAEL & MARLENE DURAND
938 MANOR LANE
PELHAM, N.Y.
**Sample Point:** BACK YARD (REAR)
**ID of Source:** SOIL
**Collection Date:** 4/2/01  AT  10:38:00 AM
**Submitted On:** 4/2/01  AT  12:33:00 PM
**Sample Type:** S_SOIL
**PWS No.:**
**Source Code:** 000
**Type Descriptor:**

## Sample No.    AD06568

| Method | Test Description | Results | Units | MDL | Analyzed on | Validator |
|--------|------------------|---------|-------|-----|-------------|-----------|
| **Inorganics** | | | | | | |
| SW846/6010 | Lead | 120 | ug/g dry wgt | 5.0 | 4/9/01 | PAD |
| SW846 3050 | Soil Metals Digestion | Completed | | | 4/4/01 | PAD |
| EPA'79 160. | Percent solids | 79.1 | % | 0.1 | 4/3/01 | PAD |

**Approved By:** Pam Dilsizian          QA Officer                     **Date Approved:**     4/9/01



# ENVIRONMENTAL SERVICES SAMPLE SUBMISSION FORM
## WESTCHESTER COUNTY LABORATORIES AND RESEARCH
2 Dana Road, Valhalla, New York 10595
(914) 593-5575



NYS-ELAP No. 10108
Form A-70 (rev.1/96)

Time/Date Set:

---

**Sample Type** (circle one):

1. Potable  3. Non Potable *Treated*
2. Non Potable  ④ Other __Soil__
Time/Date Collected: _10:38 4/2/01_
Collected By: _J. Ruggiero_ Agency Code: _BEG_
**Collected From:**
Location's/Individual's Name _Michael, Marlene Dillard_
Street _939 Manor Lane_
City/St/Zip _Pelham, NY 10803_
Identification of Source _Soil_
Collection Point _Back Yard (rear)_

Bottle #'s: _Bag #3_
Chain of Custody? ___ yes ___ no
Comments: _Back ground sample_
PWS #: _____ Source ID: _____ Type Descriptor: _____
**Bill to:**
Name/Company _WCDOH_
Street _____
City/St/Zip _____
Phone#: _____ Fax#: _____

| CA,CH, BI? | Check#: | Amount$ |
|---|---|---|

---

## BACTERIOLOGICAL ANALYSIS
Lab#: _____
(circle tests)

1. Heterotrophic Plate Count (hemodialysis & all others)
2. Coliform P/A (public supplies)
3. Coliform MPN (priv well, raw, stp)
4. Fecal Coliform (all samples)
5. Microscopic
6. Macroscopic
7. API
8. Other: _____

Refrigerated? ___ yes ___ no

Chlorinated:? ___ yes ___ no

Free Chlorine Res:_____ mg/L

Total Chlorine Res: _____ mg/L

pH _____

## ORGANIC POTABLE ANALYSIS
Lab#: _____
(circle tests)

1. Trihalomethanes (524)
2. Volatile Halocarbons (524)
3. Volatile Aromatics (524)
4. Total Trihalomethane Potential (510)
5. Microextractables (504)
6. Pesticides (507)
7. Pesticides/PCB screen (508)
8. PCB as Decachlorobiphenyl (508A)
9. Herbicides (515)
10. Pesticides (525)
11. Carbamate Pesticides (531)
12. Glyphosate (547)
13. Diquat (549)
14. Chlorination Disinfection Byproducts (551)
15. Haloacetic Acids (552)
16. Pesticides (SM18/6630)
17. Petroleum/Hydrocarbon Scan (310-13)
18. Other: _____

## ORGANIC NONPOTABLE/SOLID ANALYSIS

1. Purgeable Halocarbons (624/8260)
2. Purgeable Aromatics (624/8260)
3. Acrolein & Acrylonitrile (624)
4. Phthalates (625/8270)
5. Organochlorine Pesticides (608/8081)
6. PCB's (Arochlors) (608/8081)
7. Methoprene (616)
8. Herbicides (EPA1978/8151)
9. Pesticides (SM18/6630)
10. Petroleum Hydrocarbon Scan (310-13)
11. Glycols
12. Acid Extractables (625/8270)
13. Base Neutral Extractables (625/8270)
14. GC/MS Semivolatile Unknown Scan
15. Purgeable Halocarbons (DEF)
16. Purgeable Aromatics (DEF)
17. Pesticides/PCB's (DEF)
18. Other: _____

2001 APR -2 P 2:32

RECD BY

---

## INORGANIC ANALYSIS REQUESTED - Lab#: _6568_
(circle tests)

1. Color
2. Turbidity
3. pH
4. Conductivity
5. Corrosivity (temp:_____°C)
6. BOD (5 day)
7. Soluble BOD (5 day)
8. Carbonaceous BOD (5 day)
9. Chemical Oxygen Demand
10. Dissolved Oxygen
11. Total Organic Carbon
12. Total Organic Halides
13. Solids, Percent (%)
14. Solids, Settleable
15. Solids, Suspended
16. Solids, Total
17. Solids, Total Dissolved
18. Solids, Total Volatile
19. Other: _____

20. Acidity
21. Alkalinity, as CaCO₃
22. Bromide
23. Bromate/Chlorate/Chlorite
24. Chloride
25. Cyanide
26. Fluoride
27. Hardness, Total as CaCO₃
28. Nitrogen, Ammonia as N
29. Nitrogen, Nitrate as N
30. Nitrogen, Nitrite as N
31. Nitrogen, Total Kjeldahl as N
32. Oil an Grease
33. Phenol
34. Phosphorus Total as P
35. Phosphorus, Ortho as P
36. Sulfates
37. Surfactants
38. UV254

39. Aluminum
40. Antimony
41. Arsenic
42. Barium
43. Beryllium
44. Boron
45. Cadmium
46. Calcium, as CaCO₃
47. Calcium, Ca $^{+2}$
48. Chromium, Total
49. Chromium, Hexavalent
50. Cobalt
51. Copper
52. Iron
53. Lead
54. Magnesium
55. Manganese
56. Mercury
57. Molybdenum
58. Nickel

59. Potassium
60. Selenium
61. Silver
62. Sodium
63. Thallium
64. Vanadium
65. Zinc

**CLP**
66. Metals/CN
67. Volatiles
68. Semi-violatiles
69. Pesticides/PCB's
70. Disk Deliverables

**TCLP**
71. TCLP-Metals
72. TCLP-Pesticides
73. TCLP-Herbicides
74. TCLP-Volatiles
75. TCLP-BNA's

# *REPORT OF ANALYSIS*

**Westchester County Department of Labs and Research   2 Dana Road   Valhalla, New York  10595**

**Agency:** Westchester County Health Dept.
Bureau of Environmental Qualit
145 Huguenot Street
New Rochelle, NY 10801
Michael Sakala

**Received By:** LK
**Bottle No.:** BAG #1
**Collected By:** RUGGIERO
**Comment:**

**Report To:**

**Sample Location:** MICHAEL & MARLENE DURAND
938 MANOR LANE
PELHAM, N.Y.
**Sample Point:** 2 IN FROM FOUNDATION-W.
**ID of Source:** SOIL
**Collection Date:** 4/2/01  AT  10:30:00 AM
**Submitted On:** 4/2/01  AT  12:33:00 PM
**Sample Type:** S_SOIL
**PWS No.:**
**Source Code:** 000
**Type Descriptor:**

## Sample No.    AD06566

| Method | Test Description | Results | Units | MDL | Analyzed on | Validator |
|--------|------------------|---------|-------|-----|-------------|-----------|
| **Inorganics** | | | | | | |
| SW846/6010 | Lead | 960 | ug/g dry wgt | 5.0 | 4/9/01 | PAD |
| SW846 3050 | Soil Metals Digestion | Completed | | | 4/4/01 | PAD |
| EPA'79 160. | Percent solids | 73.1 | % | 0.1 | 4/3/01 | PAD |

**Approved By:** Pam Dilsizian        QA Officer                                **Date Approved:**    4/10/01



## ENVIRONMENTAL SERVICES SAMPLE SUBMISSION FORM
## WESTCHESTER COUNTY LABORATORIES AND RESEARCH
2 Dana Road, Valhalla, New York 10595
(914) 593-5575



NYS-ELAP No. 10108
Form A-70 (rev.1/96)

Time/Date Set: _____

---

**Sample Type** (circle one):

1. Potable    3. Non Potable *Treated*
2. Non Potable    ④Other __Soil__

Time/Date Collected: _10:30  4/2/01_
Collected By: _J. Ruggiera_    Agency Code: _BEO_

**Collected From:**
Location's/Individual's Name _Michael & Marlene Durand_
Street _938 Manor Lane_
City/St/Zip _Pelham  NY  10803_
Identification of Source _Soil_
Collection Point _2' From foundation - west side of house_

Bottle #'s: _Bag #1_
Chain of Custody? ___ yes ___ no
Comments: _Rear left side near fence_
PWS #: _____ Source ID: _____ Type Descriptor: _____

**Bill to:**
Name/Company _USCOOH_
Street _____
City/St/Zip _____
Phone#: _____ Fax#: _____

CA,CH, BI? _____ Check#: _____ Amount$_____

---

### BACTERIOLOGICAL ANALYSIS
Lab#: _____
(circle tests)
1. Heterotrophic Plate Count (hemodialysis & all others)
2. Coliform P/A (public supplies)
3. Coliform MPN (priv well, raw, stp)
4. Fecal Coliform (all samples)
5. Microscopic
6. Macroscopic
7. API
8. Other: _____

Refrigerated? ___ yes ___ no
Chlorinated:? ___ yes ___ no
Free Chlorine Res:_____ mg/L
Total Chlorine Res: _____ mg/L
pH _____

### ORGANIC POTABLE ANALYSIS
Lab#: _____
(circle tests)
1. Trihalomethanes (524)
2. Volatile Halocarbons (524)
3. Volatile Aromatics (524)
4. Total Trihalomethane Potential (510)
5. Microextractables (504)
6. Pesticides (507)
7. Pesticides/PCB screen (508)
8. PCB as Decachlorobiphenyl (508A)
9. Herbicides (515)
10. Pesticides (525)
11. Carbamate Pesticides (531)
12. Glyphosate (547)
13. Diquat (549)
14. Chlorination Disinfection Byproducts (551)
15. Haloacetic Acids (552)
16. Pesticides (SM18/6630)
17. Petroleum/Hydrocarbon Scan (310-13)
18. Other:_____

### ORGANIC NONPOTABLE/SOLID ANALYSIS
1. Purgeable Halocarbons (624/8260)
2. Purgeable Aromatics (624/8260)
3. Acrolein & Acrylonitrile (624)
4. Phthalates (625/8270)
5. Organochlorine Pesticides (608/808 T-)
6. PCB's (Arochlors) (608/8081)
7. Methoprene (616)
8. Herbicides (EPA1978/8151)
9. Pesticides (SM18/6630)
10. Petroleum Hydrocarbon Scan (310-13)
11. Glycols
12. Acid Extractables (625/8270)
13. Base Neutral Extractables (625/8270)
14. GC/MS Semivolatile Unknown Scan
15. Purgeable Halocarbons (DEF)
16. Purgeable Aromatics (DEF)
17. Pesticides/PCB's (DEF)
18. Other:_____

---

### INORGANIC ANALYSIS REQUESTED - Lab#: _6566_
(circle tests)
1. Color
2. Turbidity
3. pH
4. Conductivity
5. Corrosivity (temp:_____°C)
6. BOD (5 day)
7. Soluble BOD (5 day)
8. Carbonaceous BOD (5 day)
9. Chemical Oxygen Demand
10. Dissolved Oxygen
11. Total Organic Carbon
12. Total Organic Halides
13. Solids, Percent (%)
14. Solids, Settleable
15. Solids, Suspended
16. Solids, Total
17. Solids, Total Dissolved
18. Solids, Total Volatile
19. Other: _____

20. Acidity
21. Alkalinity, as CaCO₃
22. Bromide
23. Bromate/Chlorate/Chlorite
24. Chloride
25. Cyanide
26. Fluoride
27. Hardness, Total as CaCO₃
28. Nitrogen, Ammonia as N
29. Nitrogen, Nitrate as N
30. Nitrogen, Nitrite as N
31. Nitrogen, Total Kjeldahl as N
32. Oil an Grease
33. Phenol
34. Phosphorus Total as P
35. Phosphorus, Ortho as P
36. Sulfates
37. Surfactants
38. UV254

39. Aluminum
40. Antimony
41. Arsenic
42. Barium
43. Beryllium
44. Boron
45. Cadmium
46. Calcium, as CaCO₃
47. Calcium, Ca⁺²
48. Chromium, Total
49. Chromium, Hexavalent
50. Cobalt
51. Copper
52. Iron
53. Lead
54. Magnesium
55. Manganese
56. Mercury
57. Molybdenum
58. Nickel

59. Potassium
60. Selenium
61. Silver
62. Sodium
63. Thallium
64. Vanadium
65. Zinc

**CLP**
66. Metals/CN
67. Volatiles
68. Semi-violatiles
69. Pesticides/PCB's
70. Disk Deliverables

**TCLP**
71. TCLP-Metals
72. TCLP-Pesticides
73. TCLP-Herbicides
74. TCLP-Volatiles
75. TCLP-BNA's

# Field Activity Report
## Bureau of Environmental Quality



Andrew J. Spano, Westchester County Executive

DEPARTMENT OF HEALTH
Joshua Lipsman, M.D., M.D., M.P.H., Commissioner

SHEET _____ OF _____

NAME:

ADDRESS 498 Manor Lane

MAILING ADDRESS: Pelham NY

| P.O. BOX | POST OFFICE | ZIP CODE |

TELEPHONE:

PERSON IN CHARGE OR INTERVIEWED: Rich - Painter

NAME AND TITLE

DATE: 5/8/01                TYPE FACILITY: P.H.

TIME ARRIVED: 10:30 Am          TIME LEFT: 10:35 Am

## INSPECTION

☐ ORG. ROUTINE         ☐ ORIG. COMPLAINT       ☐ ORIG. REQUEST        ☐ COMPLIANCE

☐ COMPLAINT COMP.      ☐ FINAL                 ☐ GROUP ILLNESS        ☐ CONSTRUCTION

☑ REINSPECTION         ☐ FIELD, SAMPLING ONLY  ☐ FIELD CONFERENCE     ☐ OTHER (EXPLAIN BELOW)

FINDINGS: Re-inspection conducted at above address.

At time of inspection met with painter at
pond. Painter was observed removing contaminated
soil, in old area. New soil will be placed
over same area

INSPECTOR: John C Langica Sanitarian          INSPECTOR TELE:

PERSON IN CHARGE OR INTERVIEWED: *I acknowledge receipt of a copy of this Field Activity Report.*

SIGNATURE:                                      TITLE:

H-7110



# ENVIRONMENTAL SERVICES SAMPLE SUBMISSION FORM
## WESTCHESTER COUNTY LABORATORIES AND RESEARCH
2 Dana Road, Valhalla, New York 10595
(914) 593-5575



NYS-ELAP No. 10108
Form A-70 (rev.1/96)

Time/Date Set:

---

**Sample Type** (circle one):

1. Potable     3. Non Potable *Treated*
2. Non Potable    ④ Other __Soil__

Time/Date Collected: __10:00 5/10/01__

Collected By: __J. Ruggieri__ Agency Code: __BEG__

**Collected From:**

Location's/Individual's Name __Dionne__

Street __498 Manor Lane__

City/St/Zip __Pelham NY__

Identification of Source __Soil__

Collection Point __3' from Foundation / Bottom corner__

Bottle #'s: __Bag #1__

Chain of Custody? ___ yes ___ no

Comments: _____

PWS #: _____ Source ID: _____ Type Descriptor: ___

**Bill to:**

Name/Company __LОCООН__

Street _____

City/St/Zip _____

Phone#: _____ Fax#: _____

CA,CH, BI? _____ Check#: _____ Amount$ _____

---

### BACTERIOLOGICAL ANALYSIS
Lab#: _____
(circle tests)

1. Heterotrophic Plate Count (hemodialysis & all others)
2. Coliform P/A (public supplies)
3. Coliform MPN (priv well, raw, stp)
4. Fecal Coliform (all samples)
5. Microscopic
6. Macroscopic
7. API
8. Other:

Refrigerated? ___ yes ___ no

Chlorinated? ___ yes ___ no

Free Chlorine Res: _____ mg/L

Total Chlorine Res: _____ mg/L

pH _____

### ORGANIC POTABLE ANALYSIS
Lab#: _____
(circle tests)

1. Trihalomethanes (524)
2. Volatile Halocarbons (524)
3. Volatile Aromatics (524)
4. Total Trihalomethane Potential (510)
5. Microextractables (504)
6. Pesticides (507)
7. Pesticides/PCB screen (508)
8. PCB as Decachlorobiphenyl (508A)
9. Herbicides (515)
10. Pesticides (525)
11. Carbamate Pesticides (531)
12. Glyphosate (547)
13. Diquat (549)
14. Chlorination Disinfection Byproducts (551)
15. Haloacetic Acids (552)
16. Pesticides (SM18/6630)
17. Petroleum/Hydrocarbon Scan (310-13)
18. Other:

### ORGANIC NONPOTABLE/SOLID ANALYSIS

1. Purgeable Halocarbons (624/8260)
2. Purgeable Aromatics (624/8260)
3. Acrolein & Acrylonitrile (624)
4. Phthalates (625/8270)
5. Organochlorine Pesticides (608/8081)
6. PCB's (Arochlors) (608/8081)
7. Methoprene (616)
8. Herbicides (EPA1978/8151)
9. Pesticides (SM18/6630)
10. Petroleum Hydrocarbon Scan (310-13)
11. Glycols
12. Acid Extractables (625/8270)
13. Base Neutral Extractables (625/8270)
14. GC/MS Semivolatile Unknown Scan
15. Purgeable Halocarbons (DEF)
16. Purgeable Aromatics (DEF)
17. Pesticides/PCB's (DEF)
18. Other: _____

*2001 MAY 16 A 9: 34*

---

### INORGANIC ANALYSIS REQUESTED - Lab#: __10240__
(circle tests)

1. Color
2. Turbidity
3. pH
4. Conductivity
5. Corrosivity (temp: _____ºC)
6. BOD (5 day)
7. Soluble BOD (5 day)
8. Carbonaceous BOD (5 day)
9. Chemical Oxygen Demand
10. Dissolved Oxygen
11. Total Organic Carbon
12. Total Organic Halides
13. Solids, Percent (%)
14. Solids, Settleable
15. Solids, Suspended
16. Solids, Total
17. Solids, Total Dissolved
18. Solids, Total Volatile
19. Other: _____

20. Acidity
21. Alkalinity, as CaCO3
22. Bromide
23. Bromate/Chlorate/Chlorite
24. Chloride
25. Cyanide
26. Fluoride
27. Hardness, Total as CaCO3
28. Nitrogen, Ammonia as N
29. Nitrogen, Nitrate as N
30. Nitrogen, Nitrite as N
31. Nitrogen, Total Kjeldahl as N
32. Oil an Grease
33. Phenol
34. Phosphorus Total as P
35. Phosphorus, Ortho as P
36. Sulfates
37. Surfactants
38. UV254

39. Aluminum
40. Antimony
41. Arsenic
42. Barium
43. Beryllium
44. Boron
45. Cadmium
46. Calcium, as CaCO3
47. Calcium, Ca$^{+2}$
48. Chromium, Total
49. Chromium, Hexavalent
50. Cobalt
51. Copper
52. Iron
53. Lead
54. Magnesium
55. Manganese
56. Mercury
57. Molybdenum
58. Nickel

59. Potassium
60. Selenium
61. Silver
62. Sodium
63. Thallium
64. Vanadium
65. Zinc

**CLP**
66. Metals/CN
67. Volatiles
68. Semi-violatiles
69. Pesticides/PCB's
70. Disk Deliverables

**TCLP**
71. TCLP-Metals
72. TCLP-Pesticides
73. TCLP-Herbicides
74. TCLP-Volatiles
75. TCLP-BNA's

# *REPORT OF ANALYSIS*

Westchester County Department of Labs and Research    2 Dana Road  Valhalla, New York  10595

---

**Agency:** Westchester County Health Dept.
Bureau of Environmental Qualit
145 Huguenot Street
New Rochelle, NY 10801
Michael Sakala

**Received By:** LK
**Bottle No.:** BAG 1
**Collected By:** RUGGIERO
**Comment:**

**Report To:**

**Sample Location:** DURAND
498 MANOR LANE
PELHAM, N.Y.
**Sample Point:** 2 IN FROM FOUNDATION LE
**ID of Source:** SOIL
**Collection Date:** 5/10/01  AT  10:00:00 AM
**Submitted On:** 5/10/01  AT  10:32:00 AM
**Sample Type:** S_SOIL
**PWS No.:**
**Source Code:** 000
**Type Descriptor:**

---

### Sample No.    AD10240

| Method | Test Description | Results | Units | MDL | Analyzed on | Validator |
|--------|------------------|---------|-------|-----|-------------|-----------|
| **Inorganics** | | | | | | |
| SW846/6010 | Lead | 54 | ug/g dry wgt | 5.0 | 5/22/01 | ADB |
| SW846 3050 | Soil Metals Digestion | Completed | | | 5/15/01 | ADB |
| EPA'79 160. | Percent solids | 88.9 | % | 0.1 | 5/15/01 | ADB |

---

| **Approved By:** Alan Baisley | Inorganic Supervisor | **Date Approved:** | 5/22/01 |
|---|---|---|---|

**NYS ELAP # 10108**
**(914) 593-5575**

Original 5/22/01

Page 1 of 1