UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIECE ILKOWITZ and ADAM ILKOWITZ,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHAEL DURAND, MARLENE ZARFES a/k/a MARLENE DURAND, ALAN C. PILLA, HOULIHAN LAWRENCE, INC. JANE H. CARMODY, THE JUDICIAL TITLE INSURANCE AGENCY LLC, and ENCO HOME INSPECTIONS LLC,<br><br>Defendants. | Case No. 17 Civ. 773 (PGG)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Statement of Material Facts pursuant to Local Civil Rule 56.1, the Declaration of Vincent Morano dated June 1, 2017, and the exhibits thereto, the Declaration of Scott J. Pashman dated June 1, 2017, and the exhibits thereto, the accompanying memorandum of law, and upon all the pleadings and proceedings heretofore had herein, Defendant Judicial Title Insurance Agency LLC ("Judicial Title") will move this Court, at a time and date to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), 12(d), and 56, dismissing or granting summary judgment with respect to (1) Plaintiffs' Fifth Cause of Action for Negligence, which is the only cause of action asserted by Plaintiffs against Judicial Title; (2) the cross-claim for contribution and/or indemnification asserted against Judicial Title by Defendants Michael Durand and Marlene Zarfes, a/k/a Marlene Durand ("Durand Defendants"); and (3) the cross-claim for contribution and/or indemnification asserted by Defendant Houlihan Lawrence, Inc. and Jane H. Carmody.

In accordance with the Court's Order dated May 1, 2017 (Docket No. 67), opposition papers shall be due on June 29, 2017, and reply papers shall be due on July 10, 2017.

Dated: New York, New York
June 1, 2017

>Respectfully submitted,
>
>ADAM LEITMAN BAILEY, P.C.
>
>By: *[signature: Scott J. Pashman]*
>Adam Leitman Bailey
>Scott J. Pashman
>Danny Ramrattan
>
>One Battery Park Plaza, 18th Floor
>New York, New York 10004
>(212) 825-0365
>Email 1: alb@alblawfirm.com
>Email 2: spashman@alblawfirm.com
>Email 3: dramrattan@alblawfirm.com
>
>*Attorneys for Defendant*
>*The Judicial Title Insurance Agency LLC*

**Service List**

Jean-Claude Mazzola
Benjamin S. Lowenthal
Messner Reeves LLP
805 Third Avenue, 18th Floor
New York, New York 10022
*Attorneys for Plaintiffs*

Richard Leff
McGivney & Kluger
80 Broad Street
New York, New York 10004
*Attorneys for Durand Defendants*

Jeffrey Briem
Jones Morrison LLP
670 White Plains Road, PH
Scarsdale, NY 10583
*Attorneys for Houlihan Lawrence and Carmody*

Robert Bergson
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway, 17th Floor
New York, New York 10018
*Attorneys for Pilla*

Dan Chorost
Katherine Ghilain
Sive, Paget & Riesel P.C.
560 Lexington Avenue, 15th Floor
New York, New York 10022
*Attorneys for ENCO*