

# MUNICIPAL DATA SERVICES

25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

Set forth below are the unpaid taxes, water rates, assessments which are properly filed and indexed liens as of the date of this search.

**County:** Westchester
**Swis Code:** 554405
**Town/City:** Town of Pelham
**Address:** 498 MANOR LANE

**Title Number:** JUDL 119778

**Village:** Village of Pelham Manor
**Owner:** DURAND, MICHAEL & MARLENE

**School Dist:** PELHAM
**District:**
**Section:** 163.76
**Block:** 1
**Lot:** 70
**Exemptions:** $94,890  BASIC STAR

**Acreage:** 102 X 106
**Account#:**
**Land AV:** $246,000
**Total AV:** $800,000

**Tax Class:** 210 One Family Dwelling

FKA: 3-312-5

| 2014/2015 | SCHOOL TAX | $14,533.50 |  | YEAR: 7/1-6/30 |
| | 1st Payment | $7,266.75 | PAID ) om. t | DUE.: 9/1 |
| | 2nd Payment | $7,266.75 | PAID ) | DUE.: 1/1 |

ESTIMATED TAX WITHOUT EXEMPTION $   16172.50

**2014 TOWN TAX**   $4,334.59   PAID ) om. t   YEAR: 1/1-12/31   DUE.: 4/1

*2015 town tax # 4,372.23 pd - omit*

**2014/2015 VILLAGE TAX**   $5,805.52   PAID ) om. t   YEAR: 6/1-5/31   DUE.: 6/1

*2015/2016 village tax # 6048.86 - omit pd on 6-12-15 by payoff bank citimortgage Not yet posted by Town of Pelham*

WATER ACCOUNT #  PRIVATE

SEARCH DATE:   3/13/2015

SUBJECT TO CONTINUATION

Our policy does not insure against such items which have not become a lien up to the date of the policy or Installments due after the date of the policy. Neither our tax search nor our policy covers any part of streets on which the premises to be insured abut. Recent payments of any open items returned on this tax search may not be reflected on the public records. Therefore, please request the seller or borrower to have receipts for bills available at the closing.
MUNICIPAL DATA SERVICES, INC.

Continued on next page..
Page: 1  of  2                                                2990131        1700480