# THE JUDICIAL TITLE INSURANCE AGENCY LLC

### Title Number: 119778FA-W

## DEPARTMENTAL SEARCHES

Any searches or returns reported herein are furnished FOR INFORMATION ONLY. They will not be insured and the Company assumes no liability for the accuracy thereof. They will not be continued to the date of closing.

| | |
|---|---|
| **Housing & Building** | REPORT ATTACHED |
| **Fire Dept. Search** | REPORT ATTACHED |
| **Cert. of Occupancy** | REPORT ATTACHED |
| **Emergency Repairs** | N/A |
| **Street Report** | REPORT ATTACHED |
| **Air Resources** | N/A |
| **Health Dept.** | N/A |
| **Fuel Search** | N/A |
| **Highway Search** | N/A |
| **Flood Hazard Search** | N/A |
| **Cert. of Good Standing** | N/A |
| **Building Dept. Inspection** | N/A |
| **Landmark Search** | N/A |
| **Franchise Tax Search** | N/A |
| **UCC Search (State)** | N/A |
| **Sewer Search** | N/A |



**MUNICIPAL DATA**
——— SERVICES ———

25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

**Search Date:** 03/11/2015

**County:** WESTCHESTER
**City/Town:** Town of Pelham
**Village:** Village of Pelham Manor

**Title/CoNo.:** JUDL 119778

**Address:** 498 MANOR LANE

**Section:** 163.76
**Block:** 1
**Lot:** 70

## BUILDING DEPARTMENT VIOLATION SEARCH

In reply to your request for a violation search concerning the above mentioned premises, we have been advised by the BUILDING DEPARTMENT that a search of their records shows:

**NO VIOLATIONS.**

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of THE JUDICIAL TITLE INSURANCE AGENCY LLC. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. There are no intended third party beneficiaries. No liability is assumed.

2990131        1700478



**MUNICIPAL DATA SERVICES**

25 Hyatt Street – Suite 301
Staten Island, NY 10301
Phone – (718) 815-0707
Fax – (718) 815-9101
www.munidata.com

**County:** WESTCHESTER
**City/Town:** Town of Pelham
**Village:** Village of Pelham Manor

**Search Date:** 03/11/2015

**Title/CoNo.:** JUDL 119778

**Address:** 498 MANOR LANE

**Section:** 163.76
**Block:** 1
**Lot:** 70

## FIRE DEPARTMENT VIOLATION SEARCH

In reply to your request for a violation search concerning the above mentioned premises, we have been advised by the FIRE DEPARTMENT that a search of their records shows:

**NO VIOLATIONS.**

Municipal Data Services Inc. certifies that the records of the above municipal agency were examined on behalf of THE JUDICIAL TITLE INSURANCE AGENCY LLC. The information reported above is a true and accurate abstract of the information on file therein. This report is submitted for information purposes only. There are no intended third party beneficiaries. No liability is assumed.

2990131          1700477