Disclosure of Lead-Based Paint and/or Lead-Based Paint Hazards for Sales

**Property Address:** 498 Manor Lane, Pelham Manor

**Lead Warning Statement**

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Seller's Disclosure** *[ Seller should initial both (a) and (b) ].*

_____ (a) Presence of lead-based paint and/or lead-based paint hazards *(check one below):*

[✓] Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).
exterior of house

[ ] Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

_____ (b) Records and reports available to the seller *(check one below):*

[✓] Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).
Report from Pelham Manor Village re: test for lead when exterior of house was painted.

[ ] Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgment** *[ Purchaser should initial (c), (d) and (e) ].*

_____ (c) Purchaser has received copies of all information listed above.
_____ (d) Purchaser has received the pamphlet *Protect Your Family from Lead in your Home.*
_____ (e) Purchaser has *(check one below):*

[ ] Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or
[ ] Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** *[ Seller's Agent should initial (f) ].*

_____ (f) Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852(d) and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy** *[ Purchaser should be the last person to sign and date this form ].*
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided by the signatory is true and accurate.

| Seller | Date 2-16-14 | Purchaser | Date 2-14-15 |
| Seller | Date 2-16-14 | Purchaser | Date 2-14-15 |
| Seller's Agent | Date 2/20/15 | Purchaser's Agent | Date 2-14-15 |