EXHIBIT F



## JUDICIAL TITLE

# TITLE INSURANCE CLOSING ESTIMATE

| | | | | |
|---|---|---|---|---|
| Title #: | 119778FA-W | | Closing Date: | 06-19-2015 |
| Buyer's Atty: | Brett S. Lando, Esq., Gahagan & Lando LLP | | Seller: | Michael Durand and Marlene; Zarfes a/k/a Marlene A. Zarfes a/k/a Marlene Durand |
| Seller's Atty: | Alan C. Pilla, Esq. | | | |
| Lender's Atty: | Brett S. Lando, Esq., Gahagan & Lando LLP | | Purchaser: | Adam Ilkowitz and Jeniece Ilkowitz |
| Premises: | 498 Manor Lane | | | |
| | Pelham, New York | | Lender: | JPMorgan Chase Bank, N.A. |
| | County of Westchester | | Property Info: | Residential 1-2 Family |
| | Town of Pelham | | | |

Closer: Adam MacPherson

| DESCRIPTION | | BUYER | SELLER | LENDER |
|---|---|---|---|---|
| **Policy & Endorsements** | | | | |
| TOEPP Policy | $922,500.00 | $4,286.00 | | |
| Loan Policy | $246,000.00 | $356.00 | | |
| Market Value Rider (TOEPP) | | ~~$175.00~~ | | |
| Res Mtg | | $25.00 | | |
| Environmental Lien | | $25.00 | | |
| Waiver-New | | $25.00 | | |
| | | | | |
| **Escrows** | | | | |
| 15/16 Village Tax Due 6/1 | | | 6048 *90* | |
| Agency Exch to PAY | | | | |
| Agency Exch to HOLD | | | | |
| | | | | |
| **Recording Taxes** | | | | |
| State Transfer Tax | $922,500.00 | | $3,690.00 | |
| Mtg. Tax (1.3%) | $246,000.00 | $2,553.00 | | |
| Lender's Mtg. Tax | $246,000.00 | | | $615.00 |
| | | | | |
| **Ancillary Fees** | | | | |
| *Departmental Searches Housing Building Fire C/O | | $325.00 | | |
| *(5) Bankruptcy Search | | $125.00 | | |
| *(5) Patriot Search | | $125.00 | | |
| *Sales Tax | | $42.41 | | |
| Report Delivery Fee (2 reports) | | $16.00 | | |
| Survey Inspection | | $95.00 | | |
| Escrow Service Fee | | ~~$45.00~~ | | |
| | | | | |
| **Recording Fees** | RF* PF* | | | |
| Rec. Mortgage | $175 + $50 = | $225.00 | | |
| Rec. Deed | $195 + $75 = | $270.00 | | |
| Satisfaction | + $50 = | | | |
| Assignment | + $50 = | | | |
| P.O.A. | + $50 = | | | |
| | | | | |
| **TOTAL CHARGES** | | $8493.41 | $3,690.00 | $615.00 |

**MEMO TO LENDER'S ATTY**

* Stated totals are estimates ONLY and are calculated using information provided to The Judicial Title Insurance Agency LLC (Judicial) prior to the date of closing.

* In the event that the information provided to Judicial changes, (i.e. page counts, additional searches, escrows for taxes or liens, additional recordings, changes to purchase price or mortgage amount etc.) the title bill will be amended.

* This ESTIMATE is not to be construed as a FINAL bill for title charges and is subject to change.

**NOTES**

d $225.00 to Adam MacPherson title closer

06/19/2015 01:20 PM kc

800 Westchester Avenue Suite S340, Rye Brook, NY 10573 • 114 West 47th Street 19th Floor, New York, NY 10036 • (914) 381-6700