# ADAM LEITMAN BAILEY, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

ADAM LEITMAN BAILEY[1]
JOHN M. DESIDERIO
COLIN E. KAUFMAN
DOV TREIMAN
JEFFREY R. METZ
ROSEMARY LIUZZO MOHAMED[1]
JACKIE HALPERN WEINSTEIN[1]
JACQUES ERDOS[1]
MASSIMO F. D'ANGELO[1]
CHRISTOPHER E. HALLIGAN
SCOTT J. PASHMAN[1]
DAVID R. SMITH
ADAM M. SWANSON[3]

COURTNEY J. LERIAS[1]
JAMIE SCHARE FRIEDLAND[1]
VLADIMIR MIRONENKO
JOANNA C. PECK[1]
ANDREW JORGES[1]
CAROLYN Z. RUALO[1]
RACHEL SIGMUND[1]
JESSIE D. BONAROS
DANNY RAMRATTAN
PETER J. REID[2]

OF COUNSEL
WILLIAM J. GELLER
LEONARD H. RITZ

[1]ALSO ADMITTED TO NJ

[2]ALSO ADMITTED TO TX
[3]ALSO ADMITTED TO CT

March 16, 2017

**By UPS Overnight**
Jean-Claude Mazzola
Messner Reeves, LLP
805 Third Avenue, 18th Floor
New York, New York 10022

    Re:   *Jeniece Ilkowitz, et al. v. Michael Durand, et al.*
           Case No. 1:17-CV-00773-PGG
           U.S. District Court, Southern District of New York

Dear Mr. Mazzola:

    You stated that you are an expert in title insurance. That you have represented Lloyd's of London and other larger insurers throughout your career. Despite your professed knowledge of title insurance you insist on bringing this frivolous lead-based claim against my client.

    In the case that you need further instruction on title insurance, I am including a copy of the book I wrote entitled *Finding the Uncommon Deal*. Please see chapter 17 which discusses title insurance.

Very truly yours,

Adam Leitman Bailey