# ADAM LEITMAN BAILEY, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

ADAM LEITMAN BAILEY[1]
JOHN M. DESIDERIO
COLIN E. KAUFMAN
DOV TREIMAN
JEFFREY R. METZ
ROSEMARY LIUZZO MOHAMED[1]
JACKIE HALPERN WEINSTEIN[1]
JACQUES ERDOS[1]
MASSIMO F. D'ANGELO[1]
CHRISTOPHER E. HALLIGAN
SCOTT J. PASHMAN[1]
DAVID R. SMITH
ADAM M. SWANSON[3]

COURTNEY J. LERIAS[1]
JAMIE SCHARE FRIEDLAND[1]
VLADIMIR MIRONENKO
JOANNA C. PECK[1]
ANDREW JORGES[1]
CAROLYN Z. RUALO[1]
RACHEL SIGMUND[1]
JESSIE D. BONAROS
DANNY RAMRATTAN
PETER J. REID[2]

OF COUNSEL
WILLIAM J. GELLER
LEONARD H. RITZ

[1]ALSO ADMITTED TO NJ

[2]ALSO ADMITTED TO TX
[3]ALSO ADMITTED TO CT

March 31, 2017

**VIA ECF & Hand Delivery**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    *Jeniece Ilkowitz, et al. v. Michael Durand, et al.*
            Case No. 1:17-CV-00773-PGG

Dear Judge Gardephe:

    This firm represents Defendant, The Judicial Title Insurance Agency LLC ("Judicial Title"), in the above-referenced action. We write respectfully in accordance with Rule 4(A) of Your Honor's Individual Rules to request a pre-motion conference with respect to a proposed motion by Judicial Title seeking sanctions against Plaintiffs and their attorneys pursuant to Fed. R. Civ. P. 11 ("Rule 11").

    Rule 11 "permits sanctions against a litigant who submits a pleading or motion that, evaluated under an objective standard of reasonableness . . . [has] no chance of success and [makes] no reasonable argument to extend, modify or reverse the law as it stands." *Smith v. Westchester County Dept. of Corrections*, 577 Fed. Appx. 17 (2d Cir. 2014). "Rule 11, which is designed to deter baseless filings and curb abusive litigation, imposes an affirmative duty to conduct a reasonable inquiry into the factual and legal viability of claims. *Levine v. County of Westchester*, 164 F.R.D. 372, 374 (S.D.N.Y. 1996).

    Judicial Title has separately submitted a pre-motion conference request regarding a proposed motion for dismissal or summary judgment with respect to Plaintiffs' Fifth Cause of Action for Negligence (the only claim Plaintiffs assert against Judicial Title). See Docket No. 51 (Letter Motion for Conference from Adam Leitman Bailey to the Hon. Paul G. Gardephe dated March 30, 2017). That letter and the documentary

Honorable Paul G. Gardephe
*Jeniece Ilkowitz, et al. v. Michael Durand, et al.*
Case No. 1:17-CV-00773-PGG
March 31, 2017
Page 2 of 2

evidence annexed thereto demonstrate that there is no factual or legal merit to Plaintiffs' negligence claim against Judicial Title. The documents submitted with Judicial Title's letter, including excerpts from the title report and Plaintiffs' title insurance policy are all documents that have been in Plaintiffs' possession since on or before June 19, 2015, when Plaintiffs closed on the purchase of the subject premises. Nevertheless, the documents were not acknowledged in Plaintiffs' pleading. Moreover, the Complaint appears to have been drafted in a manner designed to hide the disclaimers set forth throughout the title report and the very existence of the title insurance policy from this Court.

Prior to submitting this conference request, we wrote to Plaintiffs' counsel Jean Claude Mazzola, Esq. on March 13, 2017, in order to advise counsel regarding our position. We wished to make a good-faith effort to afford Plaintiffs' counsel an opportunity to withdraw the negligence claim against Judicial Title in case the failure to refer to the title insurance policy or to the governing law had been inadvertent. On a subsequent telephone conference held on March 16, 2017, Plaintiffs' counsel Mr. Mazzola maintained that he is an expert in title insurance, and that he has represented Lloyd's of London and other large insurers throughout his career. To date, Plaintiffs' counsel has not withdrawn the negligence claim asserted against Judicial Title or responded in writing to our March 13 letter.

We are available for a pre-motion conference at the Court's convenience.

Respectfully submitted,

Adam Leitman Bailey

cc:   All counsel of record (via ECF)

**Motions**
1:17-cv-00773-PGG Ilkowitz et al v. Durand et al

ECF

# U.S. District Court

## Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Pashman, Scott on 3/31/2017 at 11:57 AM EDT and filed on 3/31/2017

**Case Name:** Ilkowitz et al v. Durand et al
**Case Number:** 1:17-cv-00773-PGG
**Filer:** The Judicial Title Insurance Agency LLC
**Document Number:** 52

**Docket Text:**
**LETTER MOTION for Conference** *by Defendant The Judicial Title Insurance Agency LLC requesting a pre-motion conference with respect to a proposed motion for sanctions against Plaintiffs and their attorneys pursuant to Fed. R. Civ. P. 11* **addressed to Judge Paul G. Gardephe from Adam Leitman Bailey dated 03/31/2017. Document filed by The Judicial Title Insurance Agency LLC.(Pashman, Scott)**

**1:17-cv-00773-PGG Notice has been electronically mailed to:**

Andrew William Gefell     agefell@agmblaw.com

Benjamin Scott Lowenthal     blowenthal@messner.com, lowenthalben@gmail.com

Dan Chorost     dchorost@sprlaw.com, dmcdougall@sprlaw.com, nduncan@sprlaw.com

Jean Claude Mazzola     jcmazzola@messner.com, hsheps@messner.com

John-Patrick Stiles Curran     curran@thshlaw.com

Katherine Eleanor Ghilain     kghilain@sprlaw.com

Richard Eric Leff     Rleff@mcgivneyandkluger.com

Robert Joseph Bergson     rbergson@agmblaw.com

Scott Jason Pashman     spashman@alblawfirm.com

**1:17-cv-00773-PGG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=3/31/2017] [FileNumber=18068193-0] [495f5071b95ca6ee0aa91231139687f399bb6056a6990fa76a4a5b63ae2d7c2ec2fd9e5e0f07fbbd5000fa85b71d98405ea8137207ecc0f3af471049fbfac718]]