UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENIECE ILKOWITZ and ADAM ILKOWITZ, | Case No. 17 Civ. 773 (PGG) |
| Plaintiffs, | ECF Case |
| -against- | **AFFIDAVIT OF SERVICE** |
| MICHAEL DURAND, MARLENE ZARFES a/k/a MARLENE DURAND, ALAN C. PILLA, HOULIHAN LAWRENCE, INC. JANE H. CARMODY, THE JUDICIAL TITLE INSURANCE AGENCY LLC, and ENCO HOME INSPECTIONS LLC, | |
| Defendants. | |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

DESI ILIEVA, being duly sworn, deposes and says:

That I am not a party to this action, that I am over the age of 18 years, and that I have a business address at One Battery Park Plaza, 18th Floor, New York, New York 10004.

That on the 13th day of September, 2017, I served the within Notice of Motion by Defendant The Judicial Title Insurance Agency LLC seeking sanctions pursuant to Fed. R. Civ. P. 11, together with the Declaration of Scott J. Pashman in support of motion dated September 13, 2017, and the exhibits thereto, and Defendant The Judicial Title Insurance Agency LLC's Memorandum of Law In Support of Its Motion for Sanctions dated September 13, 2017, upon:

Jean-Claude Mazzola
Benjamin S. Lowenthal
Messner Reeves LLP
805 Third Avenue, 18th Floor
New York, New York 10022
*Attorneys for Plaintiffs;*

Richard Leff
McGivney & Kluger
80 Broad Street
New York, New York 10004
*Attorneys for Durand Defendants;*

Jeffrey Briem
Jones Morrison LLP
670 White Plains Road, PH
Scarsdale, NY 10583
*Attorneys for Houlihan Lawrence and Carmody; and*

Robert Bergson
Abrams Garfinkel Margolis Bergson, LLP
1430 Broadway, 17th Floor
New York, New York 10018
*Attorneys for Pilla*

by dispatching the papers to the aforementioned attorneys by overnight delivery service at the addresses designated by the attorneys for that purpose, by depositing the papers enclosed in properly addressed wrappers into the custody of UPS overnight delivery service for overnight delivery within the State of New York, prior to the latest time designated by the overnight delivery service for overnight delivery.

_____
DESI ILIEVA

Sworn to before me
this 14th day of September, 2017

_____
NOTARY PUBLIC

SCOTT J PASHMAN
Notary Public - State of New York
NO. 02PA6202047
Qualified in New York County
My Commission Expires 3/9/2021