Date: 03/29/2018    Case 1:17-cv-00773-PGG-OTW   Tabs3 Client Ledger Report   Document 114-2   Filed 04/05/18   Page 1 of 1    Page: 1
Adam Leitman Bailey, P.C.

From 04/15/2011

| Date | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|

**1879.002    Judicial Title Insurance Agenc**
RE: Adv. Jeniece & Adam Ilkowitz

| Date | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/2017 | 42617 | 675.00 | 1.50 | | | | | 675.00 | 675.00 |
| 03/08/2017 | 42617 | | | | | 10,000.00R | | | -9,325.00 |
| 05/01/2017 | 43463 | 11,132.50 | 51.60 | 222.91 | 8.53 | | | 11,363.94 | 2,038.94 |
| 06/01/2017 | 44230 | 4,810.00 | 11.40 | 24.39 | | | | 4,834.39 | 6,873.33 |
| 07/01/2017 | 44943 | 8,370.00 | 19.50 | 53.69 | | | | 8,423.69 | 15,297.02 |
| 09/01/2017 | 46129 | 6,345.00 | 14.10 | 41.34 | | | | 6,386.34 | 21,683.36 |
| 01/01/2018 | 48479 | 24,355.00 | 57.60 | 97.21 | 47.00 | | | 24,499.21 | 46,182.57 |
| 03/29/2018 | 49249 | 685.00 | 1.70 | | | | | 685.00 | 46,867.57 |
| Subtotal | | 56,372.50 | 157.40 | 439.54 | 55.53 | 10,000.00 | | 56,867.57 | 46,867.57 |

**GRAND TOTALS**

| Date | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | 56,372.50 | 157.40 | 439.54 | 55.53 | 10,000.00 | | 56,867.57 | 46,867.57 |