# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

## About Us

By uniting many of the best real estate attorneys of our generation, Adam Leitman Bailey, P.C. has become one of New York's most prominent real estate law firms. The firm excels by solely practicing real estate law and only taking on projects and cases where it is among the best in the field. Adam Leitman Bailey, P.C. has achieved groundbreaking results in the courtroom, in the board room, at the closing table, in the lobbies of legislative bodies, and in every other venue where talented legal advocacy is key to its clients' interests.

The firm has participated and prevailed in many of the most important New York real estate cases of the new millennium, as reflected in numerous published and unpublished decisions on novel legal issues. Some of these notable victories have changed the landscape of New York law. The firm has invented new ways to practice law and new theories to solve its clients' problems. Its successes have resulted in producing new laws and new precedents, creating new leases to become the industry standards, devising new faster, less expensive procedures to obtain foreclosures and evictions, using "Perry Mason" moments to win trials, creating out-of- the-box ways to collect on judgments, and creating new theories of law to obtain justice for clients.

Adam Leitman Bailey, P.C. counts itself among only one of two law firms with under 30 attorneys to achieve an AV Martindale-Hubbell rating, repeated Super Lawyers ranking, selection into the Bar Registry of Preeminent Lawyers, and a *Chambers & Partners* award for being one of the "Leading Lawyers for Real Estate."

When Mr. Bailey's firm used a forgotten statute to prevail in a landmark case, the *Wall Street Journal* quoted a prominent New York developer's attorney who called the holding a "game changer" affecting real estate nationwide. The *Commercial Observer* also ranked one of the firm's victories among their "15 Most Fascinating New York Real Estate Cases of the 21st Century."

The collective experience of this team has been responsible for winning several landmark decisions in real estate law. These attorneys have had more appellate victories at the Court of Appeals and its subsidiary appellate courts than most real estate firms have had cases of any kind, won or lost. Its trial attorneys have won hundreds of cases, both with and without juries. The attorneys at Adam Leitman Bailey, P.C. have won over a thousand cases in State, Federal and Housing court, including over 250 appellate court cases, many at New York's highest court, the Court of Appeals.

Participating in some of New York's largest and smallest leasing and property transactions, Adam Leitman Bailey, P.C.'s transactional team's drafting and negotiating abilities have been recognized by the leading publishers of legal forms who have purchased the rights to reproduce and to sell to the public, leases and other purchase and sale forms originating at the firm. Commercial lease clauses first drafted at the firm have also received national publication models to be followed.

Proud of its past, Adam Leitman Bailey, P.C. aggressively pursues its future so it may continue to bring to its clients the best that any law firm can offer, both in advocating on behalf of the client and in working with the client.

# ADAM LEITMAN BAILEY, P.C.

NEW YORK REAL ESTATE ATTORNEYS

## Real Estate Litigation

As one of New York's premier real estate litigation firms, Adam Leitman Bailey, P.C. has participated and prevailed in many of the most important New York real estate cases of the new millennium, as reflected in numerous published and unpublished decisions on novel legal issues. Our attorneys have won over a thousand cases in the courts in the state of New York including State Supreme, Housing, Civil and Federal courts in addition to over 250 appellate court cases, many at New York's highest court, the Court of Appeals.

   Our successes have led to the highest honors and awards from the bar and ranking organizations. Adam Leitman Bailey, P.C. is the only real estate litigation law firm with under 30 attorneys that has received an AV® Martindale-Hubbell rating, Super Lawyers honors with a Top 100 recognition, Best Law Firms and Best Lawyers awards for the firm and its attorneys, and selection into the Bar Registry of Preeminent Lawyers as well as the American College of Real Estate Lawyers. Adam Leitman Bailey, P.C. is also the only real estate litigation law firm in New York City named by the internationally esteemed Chambers & Partners among New York's Leading Real Estate Lawyers. Chambers & Partners noted that Adam Leitman Bailey received "enthusiastic praise for his expertise" and is "a tenacious and confident litigator who is quick-witted in court and respected by the judges." In other years, Chambers remarked that Bailey is "an extraordinary practitioner who gets great results," quoting a client on Mr. Bailey's "ability to anticipate things before they happen."

   The *Commercial Observer* named Adam Leitman Bailey as one of New York's Most Powerful Real Estate Attorneys. *Real Estate Weekly* recognized him as "one of the most respected commercial real estate attorneys in not only New York City, but arguably the country" and noted that "Adam Leitman Bailey has made a name for himself with his success winning cases in the courtroom." *The New York Times* referred to his legal strategy and legislation proposed in one case as "novel," in addition to remarking on another case in which "Adam Leitman Bailey fought on…grinding through excruciating detail and obscure Perry Mason moments." After Adam Leitman Bailey, P.C. used a forgotten statute to prevail in a landmark federal case, the *Wall Street Journal* quoted a prominent New York attorney calling the holding a "game changer," affecting real estate nationwide. A New York State Judge wrote that one Adam Leitman Bailey, P.C. attorney "was the best trial lawyer I saw in my nine years as a Judge in New York City."

   Adam Leitman Bailey, P.C. also takes great satisfaction in garnering victories for our clients at the bargaining table as well as in the courtroom. Recent negotiating victories have saved the day for clients ranging from elderly widows to universally recognized international corporations. Our negotiation and persuasion abilities have been featured on national television's Dateline NBC, where it noted that Mr. Bailey is "aggressive, tenacious and smart" when asking Mr. Bailey to share his negotiating secrets on its nationally syndicated television program.

   Since we solely practice real estate law, we are intimately familiar with both its complexity and constant evolution. Many of the judges we appear before recognize the firm's experience on a myriad of real estate issues. Our preeminence in the field is further demonstrated in the legislation we have drafted on behalf of our clients, the more than ninety books published and numerous New York Law Journal real estate columns we have published, as well as the many articles in leading real estate periodicals authored by our attorneys, and our being chosen as the primary drafter of leases by Blumberg Forms. These books include the Housing Court Reporter, a thirty year collection, organization, and analysis of over 50,000 landlord-tenant cases used by most regular housing court practitioners and all landlord-tenant judges.

   As we understand that cases often cannot be won based on a witness's testimony alone, our investigative skills and familiarity with advanced technology have greatly enhanced the firm's success rate. Our courtroom attorneys are able to receive real time results from our research staff as issues arise during trials, thus providing instant authoritative answers to judges' questions. This formula has caused companies both small and large, as well as their general counsel, to rely on our advice, which in turn, has led to our representation of a number of the largest companies in the United States.

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

## TITLE INSURANCE CLAIMS GROUP

Adam Leitman Bailey, P.C. offers substantial depth of experience in title insurance defense, combining proven legal and practical expertise, responsive communications with claims counsel, and litigation cost control.

Title companies utilize our services because we get cost-effective results. Many of our cases never make it past the complaint and lis pendens filing. Our senior attorneys are trained in investigation and fraud detection. All our attorneys are experienced in solving cases in and out of the courtroom. We understand fraud and corruption in both novel and repeating circumstances, enabling us to perform quick evaluations and move cases rapidly toward resolution. Many of our attorneys have governmental service experience and understand the usefulness of government assistance and methods. We have sophisticated technological and investigative resources that we use regularly in all phases of the litigation. The Adam Leitman Bailey, P.C., Litigation Group has compiled a success record that is unparalleled. Besides an admirable record in title litigation cases, we are one of New York's premier real estate litigation firms. Adam Leitman Bailey, P.C. has participated in and prevailed in some of the most important real estate cases of the past decade, as reflected in numerous published and unpublished decisions on novel legal issues. Our attorneys' impressive success record in hundreds of trials places the firm's performance among the very best in the profession. These successes have led to our recognition as one of the leading real estate litigation firms in New York, earning us a Martindale-Hubbell AV® rating and Super Lawyers ranking.

**Claims Counsel/Litigation Counsel/Foreclosure Counsel Team**

The firm philosophy and practice is based on a "Claims Counsel/Litigation Counsel Team" concept. We have frequent scheduled and unscheduled communication among our Claims Counsel, Foreclosure Counsel, and clients, in order to more closely integrate our efforts toward the appropriate resolution of a given litigated matter.

**Communication**

To the extent possible, for informal communication, we rely on electronic mail and telephone correspondence. Barring unforeseen circumstances, we respond to every inquiry within one working day, even if our immediate response is that research and/or investigation is needed to more fully address the problem or inquiry presented. Reports are prepared at intervals under the insurer's guidelines, but always include at least an initial intake report giving a preliminary evaluation, a litigation plan report outlining a proposed plan for progress in the litigation, and Interim Reports periodically and upon all major happenings in the action. Should the case reach trial, a pre-trial report is submitted about ninety days before trial, which outlines the practical, factual, and legal strengths and weaknesses of the case.

In accordance with the ethical standards governing attorney conduct, and in order to prevent delay, we make intermediate tactical decisions, giving primary consideration to the interests of our client, your insured. However, we always give primacy to the right of the carrier to determine goals, to the extent of its policy interest, in any given litigation.

**Cost Control Methods**

We strenuously control litigation costs within the strictures of providing the highest quality service. We do this by front-loading the investigative/evaluative process, evaluating the pluses and minuses of motion practice to practical advantage, under intensive senior staff supervision, and practically evaluating which cases should be tried and which resolved through ADR or settlement.

We believe that intensive investigation, both judicial and extra-judicial, at the start of the case, allows us to more accurately advise the assigned Claims Counsel of the most reasonable course of action to employ. We are also able to

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

identify high-risk and spurious cases through preliminary investigations. Most insurance claim cases settle by differentiating between the authentic claims and the unsubstantiated or fraudulent claims early on in the process. In doing so, we are able to advise Claims Counsel whether a speedy and economically sound resolution of the meritorious cases is appropriate. Further investigative efforts allow us to either prepare the case for trial or decide, in conjunction with Claims Counsel, whether some other determination is appropriate.

To the extent possible, we try to avoid discovery motions, as it has been our experience that most discovery issues can be resolved either informally between the lawyers or by conference with the Court. In those cases that cannot be resolved before Note of Issue is filed, we evaluate the case for summary judgment purposes and make a recommendation to Claims Counsel. Summary judgment motions are only made if there is some reasonable chance of success.

We do our utmost to utilize the strengths of our lawyers: generally, contested courtroom proceedings and motion writing will be staffed by one of the senior lawyers, whereas most pro forma proceedings, paper discovery and legal research will be done by an associate. Our associates and paralegals are under the immediate supervision of the assigned senior attorney, who is responsible for the quality of their work. We recognize throughout the litigation process that, although some cases have to be tried (fraud, no liability, grossly inflated damages), most cases can and should be negotiated to resolution. We work with Claims Counsel and Foreclosure Counsel to reach a resolution as soon and as favorably as possible. If a case is required to be tried, it is tried by one of the senior lawyers.

Throughout the entire process, senior staff keeps its eyes trained on the goals of achieving maximum result at minimum cost.

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS



## Firm Resume



One Battery Park Plaza, Eighteenth Floor · New York, NY 10004 · Phone: (212) 825-0365 · Fax: (212) 825-0999

WWW.ALBLAWFIRM.COM

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS



### Practice Areas

Real Estate Litigation;
Landlord & Tenant Law;
Residential Real Estate;
Real Estate Transactions;
Commercial Real Estate;
Business Law;
Business Litigation;
Real Property;
Condominium Law;
Cooperative Housing Law;
Real Estate Closings;
Purchase & Sale of Real Estate; Insurance Defense Litigation;
Commercial Leasing;
Foreclosures;
Complex Litigation;
SRO Law and Litigation;
Corporate Law; Property Law;
Rent Control;
Commercial Litigation;
Commercial Landlord & Tenant Law;
Mortgage Finance Practice;
Representation of Lending Institutions;
Title Litigation; Insurance Defense; Appellate Litigation

## ADAM LEITMAN BAILEY / PARTNER

### Awards

 - **Adam Leitman Bailey, P.C. is Only One of Five New York Real Estate Law Firms with Under 30 Attorneys to be Selected as a "Best Law Firm,"** U.S. News and World Report, 2014, 2015

 - **"Chambers USA: America's Leading Lawyers for Business,"** Chambers & Partners, 2009-2016

 - **Super Lawyer**, Super Lawyers Magazine, 2007-2009, 2011-2017

 - **The State of New York Unified Court System Names Adam Leitman Bailey Eligible to Receive Appointments as a Receiver**

 - **Selected to the American College of Mortgage Attorneys**, ACMA

 - **NAREE 'Best First Time Author' Award,** National Association of Real Estate Editors, 2012

 - **Receives Highest Rating From Avvo,** Avvo Rating

 - **Adam Leitman Bailey, P.C. Drafts Office Agreement for Blumberg Forms**, BlumbergExcelsior

 - **Mr. Bailey and Mr. Treiman Recently Collaborated To Produce The First 21st-Century Residential Leases For BlumbergExcelsior,** BlumbergExcelsior

 - **Adam Leitman Bailey Receives Highest Rating From Martindale-Hubbell,** Martindale-Hubbell, 2012

 - **Named to the 95th Edition of the Bar Register of Preeminent Lawyers**, Martindale-Hubbell Bar Register, 2008

 - **Named Super Lawyer, Corporate Counsel Edition, Law Politics'** Super Lawyers, Corporate Counsel Edition, 2010

 - **Selected to the American College of Real Estate Lawyers (ACREL)**, The American College of Real Estate Lawyers

 - **Syracuse University Distinguished Alumni,** Syracuse University, 2009-2010

 - **"New Milford High School Distinguished Alumni Award,"** New Milford High School, 2008

 - **Named to Board of Editors Commercial Leasing Law and Strategy**, Law Journal Newsletters

### Biography

Actively at the helm of the law firm he built from scratch, Adam Leitman Bailey, Esq. practices residential and commercial real estate law. Among New York's most successful and prominent real estate attorneys, Mr. Bailey has been identified among the top five percent of attorneys in the New York area, repeatedly named a Super Lawyer by Super Lawyers Magazine, ranked in *Chambers & Partners* for the past five years, and honored with a Martindale-Hubbell "AV Preeminent" rating as well as a Best Lawyer for himself and his law firm.

# ADAM LEITMAN BAILEY, P.C.
## NEW YORK REAL ESTATE ATTORNEYS

During the past five years, the internationally esteemed *Chambers & Partners* repeatedly selected Mr. Bailey as one of New York's Leading Real Estate lawyers and, being one of only three New York attorneys from firms with fewer than 30 attorneys to receive the honor. *Chambers & Partners* hailed Mr. Bailey as a "tenacious and confident litigator who is quick-witted in court and respected by the judges," noting that Bailey is "an extraordinary practitioner who gets great results" and quoting a client on Mr. Bailey's "ability to anticipate things before they happen." "He has been hired to litigate extremely high-profile cases…sources are highly impressed by his courtroom presence." "You feel like you have a zealous advocate out there working for you, and you never worry about things when they are in his hands."

*Real Estate Weekly* noted that "Adam Leitman Bailey has made a name for himself with his success winning cases in the courtroom." The same newspaper recognized Mr. Bailey as, "one of the most respected commercial real estate attorneys in not only New York City, but arguably the country."  *The New York Times* referred to his legal strategy and legislation proposed in one case as "novel," in addition to remarking on another case in which "Adam Leitman Bailey fought on… grinding through excruciating detail and obscure Perry Mason moments."  In another case hailed as "the city's largest condo refund ever" (*Curbed NY*) involving "a settlement likely to send shivers through the ranks of the city's condo developers" (the *New York Post*), the settlement Mr. Bailey received was the largest condominium settlement in history for one building, and in another transaction, he obtained the largest government grant ($21 million) for a cooperative in New York history.

*Dateline NBC* referred to Mr. Bailey as "aggressive, tenacious and smart" in asking him to share his negotiating secrets on its nationally syndicated television program. Mr. Bailey's advocacy has prevailed in numerous important trials and cases before various courts and trial venues, including Housing, Civil, and New York State Supreme and Federal Courts, as well as various New York Appellate tribunals.  A New York State Judge wrote that Mr. Bailey "was the best trial lawyer I saw in my nine years as a Judge in New York City."

Notable wins have included:

- **Lorne v. 50 Madison Avenue LLC,** an Appellate Division decision that finds responsibility for repairs of newly constructed buildings remains with Sponsor instead of Condo Board;

- **Hartman v. Goldman,** an adverse possession case of first impression before New York's Appellate Division;

- **542 East 14th Street v. Lee,** a case of first impression before New York's Appellate Division defining expansion of rent regulation law for non-primary residence cases;

- **Interstate Land Sales Full Disclosure Act Cases,** turning to a forgotten federal statute called the Interstate Land Sales Full Disclosure Act, he creatively discovered a way to void the contracts of sales for buildings over 100 units resulting in hundreds of settlement and court victories.

- **Rivas v. McDonnell,** a noteworthy Appellate Division decision involving an interpretation of the recording statute;

- **Sky View Parc Purchasers Association, et al. v. FTC Residential Company II, L.P.,** the largest condominium settlement in New York history;

- **Trump SoHo,** where Adam Leitman Bailey prevailed in a settlement providing millions of dollars to clients based on fraud claims under the Federal Securities Law;

Mr. Bailey has successfully defended a number of leading title companies and lenders in the nation and prevailed in numerous trials and settlements involving commercial and residential building owners, tenants, real estate developers, real estate brokerages, insurance companies and cooperative and condominium boards.  In addition, Mr. Bailey has favorably represented a number of tenant and homeowner associations as well as commercial and residential tenants, garnering millions of dollars in compensation and rent abatements for these associations and individuals.  For clients facing landlords who leave buildings in disrepair, Mr. Bailey has an unusually successful track record of getting those residential towers, apartments, and stores repaired and all services restored.

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

   Mr. Bailey has also applied his expertise in closing various real estate deals and commercial leases. He has been named to the Board of Editors for *Commercial Leasing Law & Strategy* and has a regular real estate column in the *New York Law Journal*.  Bailey's lease-drafting skills received national attention when BlumbergExcelsior, the nation's leading form distributor, responsible for over 70 percent of the residential leases signed in the United States, tapped Bailey to draft a new set of residential and office leases for purchase nationwide. BlumbergExcelsior's principal remarked that Bailey's lease drafting skills were "remarkable." While almost all New York property owners utilize his leases for residential purposes, his commercial leasing ideas and strategies are commonly part of the entire national commercial-leasing scene and have been included in "The Insider's Best Commercial Lease Clauses," published by the Vendome Group.

   His success as cooperative and condominium general counsel earned Mr. Bailey recognition in "Who's Who in Real Estate" by *Habitat Magazine*. As an assistant adjunct professor at New York University, Mr. Bailey teaches commercial and residential landlord-tenant law. In 2011, Mr. Bailey took on the role of author to guide first-time home buyers through the purchasing process. John Wiley and Sons published his first book, *Finding the Uncommon Deal: A Top New York Lawyer Explains How to Buy a Home for the Lowest Possible Price* which became a No. 1 *New York Times* bestseller and is available for purchase worldwide.  Mr. Bailey has also been elected a Fellow of the American College of Real Estate Lawyers (ACREL), where he serves on the Insurance and Title Insurance committees, and the American College of Mortgage Attorneys (ACMA).

# Adam Leitman Bailey, P.C.
### New York Real Estate Attorneys



## Practice Areas

Real Estate Brokerage Litigation;

Real Estate Litigation;

Insurance Defense Litigation;

Commercial Law;

Commercial Litigation;

Tort Litigation;

Title Litigation;

Title Insurance Claims Group;

Insurance Defense;

Foreclosures, Loan Workouts & Restructuring;

Real Estate Administrative Proceedings/ Environmental Control Board

## Colin E. Kaufman / Partner

### Awards

- **Super Lawyers**, 2012-2017

- **Highest Rating from Martindale-Hubbell**

Author:
Trial of a Negligence Case in New York, Lorman.

Co-Author:
Real Evidence for the Trial Practitioner, Lorman. Trial Practice CLE Lecturer, Lorman Educational Services, 2003.

Instructor in Law, N.Y.S. Bureau of Municipal Police Training School, 1980-1983. Instructor, Trial Advocacy, N.Y.S. Division of Criminal Justice Services, 1986-1987. In-Service Training Instructor, N.Y.S. Special Prosecutor's Office for Corruption, 1974-1978. Member, Panel of Arbitrators, Westchester County Supreme Court, 1989-1995. Member, U.S. Army Military Police, 1969-1970. Senior Special Investigator, Office of the N.Y.S. Special Prosecutor for Corruption, 1972-1978. Assistant District Attorney, Chief General Trial Bureau, Westchester County District Attorney's Office, 1978-1987. Member: Legislative Committee, N.Y.S. District Attorneys Association, 1986-1987; National College of District Attorneys Career Prosecutor Course, 1984. Former Chair, Westchester County Bar Association, Criminal Justice Section, 1989-1990.

### Biography

Colin E. Kaufman concentrates in trial work and litigation, primarily commercial, tort and real estate-related. Kaufman has been in practice for over thirty-five years, all of it in litigation. Kaufman is AV Peer Rated by Martindale-Hubbell®, repeatedly named Superlawyer by Super Lawyers®, is rated "Superb" by Avvo.com and a partner at Adam Leitman Bailey, P.C.. Kaufman has prevailed in over 250 bench and jury trials to verdict in state and federal courts during his career. Kaufman is General Counsel to the firm.

Kaufman received his undergraduate degree from Trinity College and his law degree from Fordham University Law School. He has instructed in trial preparation and trial advocacy for the New York State Department of Criminal Justice Services Basic Prosecutors' Course, Bureau of Municipal Police Training School, Westchester County District Attorney's Office, New York State Special Prosecutor's Office, the New York State Bar Association and Lorman Educational Services. He has authored or coauthored three manuals for trial lawyers: Trial of a Negligence Case in New York, Taking and Defending Effective Depositions, and Real Evidence for the Trial Practitioner.

After graduating from Trinity College, Kaufman was a military policeman in the U.S. and in Vietnam. His combat decorations during his service as a sergeant with the 4th Infantry Division include two Bronze Stars and two Army Commendation Medals.

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS

After his return from Vietnam, Kaufman was a corruption investigator with the Office of the New York State Special Prosecutor. In addition to investigative work Kaufman ran the Special Prosecutor's Intelligence Unit until leaving to become a prosecutor with the Westchester District Attorney's Office.

Kaufman spent nine years with the Westchester District Attorney, rising to Chief of the General Trial Bureau. During his tenure there, in addition to trials and training of trial lawyers, Kaufman participated in several thousand prosecutions.

Since leaving the District Attorney's Office, Kaufman has been engaged in the private practice of law. His litigation and trial work has covered a substantial breadth, ranging from products liability to mining disasters to international contracts. He was co-lead counsel in the first case tried to verdict in the United States under the United Nations Convention on the International Sale of Goods. He has argued appellate cases in the Appellate Division, First, Second and Third Departments and in the US Second Circuit Court of Appeals.

Mr. Kaufman's reported appellate cases include: Yang v. Chin, 42 A.D. 3d 320, 839 N.Y.S. 2d 90 (1st Dept. 2007); Garay v. National Grange Mutual Insurance Co., 117 Fed. Appx. 785 (2d Cir. 2004); Murphy v. Sawmill Construction Corp., 17 A.D.3d 422, 792 N.Y.S. 2d 616 (2d Dept. 2005); Poughkeepsie Chevrolet, Inc. v. Jeff Weaver's 96 Hour Super Sale, Inc., 8 A.D. 3d 575, 779 N.Y.S. 2d 512 (2d Dept. 2004) Mulhern v. Chai Management, 309 A.D. 2d 995, 765 N.Y.S. 2d 694 (3d Dept. 2003); Marquise Collection, Inc. v. M.A.S. Textiles Corp., 239 A.D.2d 470, 657 N.Y.S.2d 207 (2d Dept.1997); and Cippolone v. City of White Plains, 181 A.D. 2d 887, 581 N.Y.S. 2d 421 (2d Dept. 1992).

# ADAM LEITMAN BAILEY, P.C.
### NEW YORK REAL ESTATE ATTORNEYS



### SCOTT J. PASHMAN / ATTORNEY AT LAW

**Awards**

- **Super Lawyers Rising Stars,** Super Lawyers Magazine, 2013, 2014, 2015

**Biography**

Scott J. Pashman is an associate in the Litigation Group at Adam Leitman Bailey, P.C. Mr. Pashman has represented condominium and cooperative boards and sponsors, home purchasers and sellers, commercial property owners and managers, real estate investors, banks, and title insurance companies in a wide variety of real estate matters before state and federal courts and government agencies. Mr. Pashman was recognized in 2013 and 2014 by Super Lawyers as a New York Metro Area Rising Star in the area of business litigation. After joining Adam Leitman Bailey, P.C., in 2010, Mr. Pashman was a member of the litigation team that successfully represented more than 100 buyers at the Sky View Parc condominium in Flushing, Queens, achieving what has been hailed as the largest condominium settlement in New York City history, and the largest settlement on record in New York under the Interstate Land Sales Full Disclosure Act.

Prior to joining Adam Leitman Bailey, P.C., Mr. Pashman was a litigation associate in the New York office of an Am Law 100 firm, where he concentrated in commercial litigation, tax litigation, intellectual property litigation, securities litigation and enforcement, and white-collar criminal defense. Mr. Pashman's reported cases include *The Board of Managers of The 231 Norman Avenue Condominium v. 231 Norman Avenue Property Development, LLC*, 959 N.Y.S.2d 87 (Supreme Court, Kings County 2012); *Picture Patents, LLC v. Aeropostale, Inc*., 788 F. Supp. 2d 127 (S.D.N.Y. 2011); *Home Loan and Investment Bank, F.S.B. v. Lauday, Inc.*, 2011 WL 441693 (E.D.N.Y. 2011); Reit v. Yelp!, Inc., 907 N.Y.S.2d 411 (Supreme Court, New York County 2010); *Hillsborough Holdings Corporation v. United States* (In re Hillsborough Holdings Corporation), 432 B.R. 318 (Bankr. M.D. Fla. 2010);*Clifford Chance Limited Liability Partnership v. Indian Harbor Insurance Company*, 836 N.Y.S.2d 484 (Supreme Court, New York County 2006); *United States v. Giffen*, 379 F. Supp. 2d 337 (S.D.N.Y. 2004); *United States v. Giffen*, 326 F. Supp. 2d 497 (S.D.N.Y. 2004); and *In re Bush Industries, Inc*., 315 B.R. 292 (Bankr. W.D.N.Y. 2004).

Mr. Pashman received the *Pro Bono Publico* award from the Legal Aid Society in 2009 and 2010 in recognition of outstanding pro bono service performed in the area of immigrants' rights. Mr. Pashman is the author of "Discharge of Student Loan Debt Under 11 U.S.C. § 523(a)(8): Reassessing 'Undue Hardship' After the Elimination of the Seven-Year Exception," *44 N.Y.L. Sch. L. Rev. 605* (2001).

Mr. Pashman received his J.D., *magna cum laude*, from New York Law School where he was a member of the *New York Law School Law Review* and an award-winning member of the Moot Court Association. Mr. Pashman served as a judicial intern to the Honorable Lorraine S. Miller, Supreme Court of the State of New York, New York County, Civil Branch. Mr. Pashman earned his B.A. in Political Science from Rutgers University.

Mr. Pashman is admitted to practice in New York and New Jersey, the United States District Courts for the Southern District of New York, Eastern District of New York, and New Jersey, and the United States Tax Court.

**Practice Areas**

Real Estate;

Real Estate Brokerage Litigation;

Real Estate Litigation;

Appellate Litigation;

Insurance Defense Litigation;

Commercial Litigation;

Foreclosures, Loan Workouts & Restructuring

# Adam Leitman Bailey, P.C.
### New York Real Estate Attorneys



## Danny Ramrattan / attorney at law

### Biography

Danny Ramrattan is an associate in the Foreclosure, Title and Real Estate Litigation Group and is admitted to practice in the State of New York.  Mr. Ramrattan has extensive experience in foreclosure litigation.  Coming from the defense side, Mr. Ramrattan's specific expertise lies in anticipating and curing possible defenses prior to the commencement of a foreclosure action. He is also versed in navigating and defeating the cumbersome and highly technical affirmative defenses and counterclaims often asserted by borrowers in foreclosure proceedings.

During law school, Mr. Ramrattan was an Executive Articles and Notes Editor for the N.Y. Real Property Law Journal. He was a member of the Domestic Violence Litigation Clinic with the New York Legal Assistance Group where he represented clients in Family Court. Mr. Ramrattan also interned with the Kings County District Attorney's Office in the Rackets Division.

### Practice Areas

**Real Estate Litigation;**

**Foreclosure & Title Litigation**

One Battery Park Plaza, Eighteenth Floor · New York, NY 10004 · Phone: (212) 825-0365 · Fax: (212) 825-0999
www.alblawfirm.com