UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENIECE ILKOWITZ and ADAM ILKOWITZ,

        Plaintiffs,

        -against-

MICHAEL DURAND, MARLENE ZARFES a/k/a
MARLENE DURAND, HOULIHAN LAWRENCE, INC.,
and JANE H. CARMODY,

        Defendants.
-----------------------------------------------------------------X

Civil Action No.: 1:17-cv-773

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Jeniece Ilkowitz and Adam Ilkowitz (together "Plaintiffs") and Defendants Michael Durand, Marlene Durand, Houlihan Lawrence, Inc., and Jane Carmody (collectively "Defendants"), by their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that (1) Plaintiffs hereby dismiss with prejudice their action against Defendants; and (2) Plaintiffs and Defendants jointly stipulate to the dismissal of this action against Defendants.

Dated: May 16, 2019

| MESSNER REEVES LLP | McGIVNEY & KLUGER | JONES LAW, LLP |
|---|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Durand Defendants* | *Attorneys for Houlihan Lawrence & Jane Carmody* |
| Abigail Nitka | Richard Leff | Jeffrey Briem |
| 805 3rd Avenue, 18th Fl. | 80 Broad Street | 670 White Plains Road, PH |
| New York, NY 10022 | New York, NY 10004 | Scarsdale, NY 10583 |
| anitka@messner.com | rleff@mcgivneyandkluger.com | jbriem@joneslawllp.com |
| Tel: 646-663-1860 | Tel: (212) 924-7212 | Tel: (212) 725-7070 |
| Fax: 646-663-1895 | Fax: (212) 509-4420 | Fax: (212) 725-1803 |

{03461140 / 1}

SO ORDERED:

*Paul Gardephe* (signature)

HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dated: May 21, 2019

{03461140 / 1}