# ADAM LEITMAN BAILEY, P.C.
## NEW YORK REAL ESTATE ATTORNEYS

ADAM LEITMAN BAILEY'
JOHN M. DESIDERIO
JEFFREY R. METZ
JACKIE HALPERN WEINSTEIN'
ROSEMARY LIUZZO MOHAMED
CHRISTOPHER HALLIGAN
WILLIAM J. GELLER'

COURTNEY J. LERIAS
JOANNA C. PECK
RACHEL SIGMUND'
DANNY RAMRATTAN
MARIANNE SANCHEZ
ISRAEL KATZ'
' ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN ENGLAND AND WALES
³ ALSO ADMITTED IN ONTARIO

COLIN E. KAUFMAN
DOV TREIMAN
MASSIMO F. D'ANGELO'
ERIC S. ASKANASE²
THOMAS FURST⁴
CAROLYN Z. RUALO

SCOTT J. PASHMAN'
VLADIMIR MIRONENKO
ANDREW C. JORGES'
CARLY CLINTON'
JOSHUA FILSOOF
WILLIAM PEKARSKY⁴
OF COUNSEL
LEONARD H. RITZ

⁴ NEW YORK ADMISSION PENDING

March 3, 2020

**By ECF**
Hon. Paul G. Gardephe
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

  Re: *Jeniece Ilkowitz, et al. v. Michael Durand, et al.*
     Case No. 1:17-cv-00773-PGG-OTW

Dear Judge Gardephe:

  This firm represents Defendant The Judicial Title Insurance Agency LLC ("Judicial Title"), in the above-referenced action. We write respectfully in accordance with Sections I(A) and IV(H) of your Individal Rules of Practice in Civil Cases to call to the Court's attention the fact that the Court has not yet decided the appropriate amount of a sanctions award in favor of Judicial Title.

  In its Memorandum Opinion & Order dated March 27, 2018 (ECF Doc. No. 113), the Court, *inter alia*, granted Judicial Title's motion for Rule 11 sanctions against Plaintiffs' counsel, and directed Judical Title to make its submission as to the appropriate amount of a sanctions award by April 5, 2018. Judicial Title made its submissions on April 5, 2018 (ECF Doc. Nos. 114 and 115). Plaintiffs' counsel submitted opposition to Judicial Title's fee application on April 20, 2018 (ECF Doc. No. 119). With leave of court, Judicial Title submitted a reply declaration in support of its fee application on May 2, 2018 (ECF Doc. No. 123). This matter has not yet been decided or settled.

We thank the Court for its attention to this matter.

Respectfully submitted,

Scott J. Pashman

cc: All counsel of record by ECF
Jean Claude Mazzola, Esq. by e-mail and mail

## CERTIFICATE OF SERVICE

Scott J. Pashman, an attorney admitted to practice before this Court, certifies that I served the annexed Notice of Change of Law Firm Name, on the date hereof upon the counsel of record for all parties through ECF, and upon the following persons by e-mail and first class mail, postage prepaid, addressed as follows:

>Jean Claude Mazzola
>Mazzola Lindstrom LLP
>1350 Avenue of the Americas, Floor 2
>New York, New York 10019
>Email: jeanclaude@mazzolalindstrom.com

Dated: New York, New York
       March 3, 2020

Scott J. Pashman
Adam Leitman Bailey, P.C.
One Battery Park Plaza, 18th Floor
New York, New York 10004
Phone: (212) 825-0365
Email: spashman@alblawfirm.com
*Attorneys for Defendant The Judicial Title Insurance Agency LLC*