# MESSNER REEVES LLP

ABIGAIL NITKA
anitka@messner.com

DIRECT DIAL:
(646) 663-1874

September 8, 2020

*Via ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The Court grants the motion to stay execution of the Judgment pending appeal and approves the request for a supersedeas bond (see Dkt. No. 181).
>
> SO ORDERED.
>
> /s/ Paul G. Gardephe
> _____
> Paul G. Gardephe
> United States District Judge
> September 9, 2020

**RE:** ***Jeniece Ilkowitz and Adam Ilkowitz v. Judicial Title Insurance Agency LLC, et al.***
   ***Civil Docket No.: 1:17-cv-00773-PGG-OTW***

Dear Judge Gardephe:

We represent Jean-Claude Mazolla and Messner Reeves, LLP in the above-captioned matter. This letter is submitted to request that the Court grant the Motion to Stay Execution of the Judgment Pending Appeal and to Approve Supersedeas Bond (Dkt. 181), filed on June 30, 2020.

The undersigned filed its motion on June 30, 2020. The Court subsequently ordered that any objection to the motion was to be filed by 5:00 p.m. on July 2, 2020 (Dkt. 183). That deadline has passed, and no objections or responses have been filed. Therefore, it is respectfully requested that the Motion to Stay Execution of the Judgment Pending Appeal and to Approve Supersedeas Bond (Dkt. 181) be granted in its entirety.

Thank you in advance for your time and consideration.

Respectfully submitted,

MESSNER REEVES, LLP

By:   */s/ Abigail Nitka*
      Abigail Nitka, Esq.
      733 Third Avenue, Suite 1619
      New York, NY 10017
      Tel: (646) 663-1860
      Anitka@messner.com
      *Attorneys for Jean-Claude Mazolla*
      *And Messner Reeves, LLP*