UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JENIECE ILKOWITZ and ADAM ILKOWITZ,

        Plaintiffs,

  - against -

MICHAEL DURAN, MARLENE ZARFES a/k/a MARLENE DURAND, ALAN C. PILLA, HOULIHAN LAWRENCE, INC., JANE H. CARMODY, THE JUDICIAL TITLE INSURANCE AGENCY LLC, and ENCO HOME INSPECTIONS LLC,

        Defendants.

ECF Case

Civil Action No.: 1:17-cv-773 (PGG)

## JUDGMENT

AND NOW, this 9th day of September 2020, the Court having granted The Judicial Title Insurance Agency, LLC's motion for summary judgment and Alan Pilla's motion to dismiss, and granted in part The Judicial Title Insurance Agency, LLC's motion for sanctions in a Memorandum Opinion and Order entered March 27, 2018 [Dkt. 113] and awarded The Judicial Title Insurance Agency, LLC's sanctions in the amount of $28,428.79 in attorneys' fees and costs in an Order entered May 31, 2020 [Dkt. 176], for the reasons stated in such Orders;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that summary judgment of dismissal is entered in favor of Defendant The Judicial Title Insurance Agency, LLC and against Plaintiffs Jeniece Ilkowitz and Adam Ilkowitz; and further

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal is entered in favor of Defendant Alan Pilla and against Plaintiffs Jeniece Ilkowitz and Adam Ilkowitz; and further

{04239030 / 1}

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment for sanctions is entered in favor of Defendant The Judicial Title Insurance Agency, LLC and against counsel Jean-Claude Mazzola and Messner Reeves LLP, jointly and severally, in the amount of $28,428.79.

Dated: New York, New York
       September 9, 2020

By: _____
    Paul G. Gardephe
    United States District Judge