# MESSNER REEVES LLP

ABIGAIL NITKA  
anitka@messner.com

DIRECT DIAL:  
(646) 663-1874

September 22, 2020

<u>*Via ECF*</u>  
Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

          **RE:** ***Jeniece Ilkowitz and Adam Ilkowitz v. Judicial Title Insurance Agency LLC, et al.***  
               ***Civil Docket No.: 1:17-cv-00773-PGG-OTW***

Dear Judge Gardephe:

     We represent Jean-Claude Mazolla and Messner Reeves, LLP in the above-captioned matter. This letter is submitted to request that the Court grant the Motion to Stay Execution of the Judgment Pending Appeal and to Approve our request to file a Cash Bond (Dkt. 181), as originally requested in our motion, dated June 30, 2020.

     The undersigned filed its motion to file a Cash Bond on June 30, 2020. The Court subsequently ordered that any objection to the motion was to be filed by 5:00 p.m. on July 2, 2020 (Dkt. 183). Opposing counsel did not oppose our request to file a Cash Bond (Dkt. 185). The undersigned then mailed a check to Orders & Judgments, which is currently being held pending approval of a Cash Bond from the Court. Therefore, it is respectfully requested that the Motion to Stay Execution of the Judgment Pending Appeal and our request to file a Cash Bond (Dkt. 181) be granted in its entirety.

     Thank you in advance for your time and consideration.

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:  
*/s/ Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: September 23, 2020

Respectfully submitted,

MESSNER REEVES, LLP

By:   */s/ Abigail Nitka*  
      Abigail Nitka, Esq.  
      733 Third Avenue, Suite 1619  
      New York, NY 10017  
      Tel: (646) 663-1860  
      Anitka@messner.com  
      *Attorneys for Jean-Claude Mazolla*  
      *And Messner Reeves, LLP*

{04389078 / 1}

805 Third Avenue | Eighteenth Floor | New York, NY 10022 | 646 663 1860 *main* | 646 663 1895 *fax*