# MESSNER REEVES LLP

MIKHAIL SHAH
mshah@messner.com

DIRECT DIAL:
(646) 663-1856

December 2, 2020

<u>*Via ECF*</u>
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        RE:    *Jeniece Ilkowitz and Adam Ilkowitz v. Judicial Title Insurance Agency LLC, et al.*
                 *Civil Docket No.: 1:17-cv-00773-PGG-OTW*

Dear Judge Gardephe:

    This Letter-Motion is submitted jointly by counsel for both parties in the above-captioned matter to update the Court regarding status of this action and to request disbursement of the previously filed cash bond.

    The parties have reached an amicable resolution, and the undersigned has dismissed their appeal of the May 31, 2020 judgment. As a result, the parties jointly request that the Court direct the Cashier to disburse the proceeds from the previously filed cash bond in the amount of **$31,555.96** as follows:

| **AMOUNT** | **TO:** |
|---|---|
| **$28,428.79** | Adam Leitman Bailey, P.C., as Attorneys for The Judicial Title Insurance Agency, LLC<br>Attn: Marianne Sanchez<br>One Battery Park Plaza, 18th Floor<br>New York, New York 10004 |
| **$3,127.17**<br>**Plus any interest** | Messner Reeves, LLP<br>Attn: Jim Smith<br>1430 Wynkoop Street, Suite 300<br>Denver, CO 80202 |

    If the above meets with the Court's approval, please **"SO ORDER"** this letter-motion below. Thank you in advance for your time and consideration.

# MESSNER REEVES LLP

Honorable Paul G. Gardephe
USDC, Southern District of New York
December 2, 2020
Page 2

                                              Respectfully submitted,

                                              MESSNER REEVES, LLP

By:   /s/ Mikhail A. Shah
        Mikhail A. Shah, Esq.
        733 Third Avenue, Suite 1619
        New York, NY 10017
        Tel: (646) 663-1860
        mshah@messner.com
        *Attorneys for Jean-Claude Mazolla*
        *and Messner Reeves, LLP*

cc:    Marianne Sanchez, Esq. (*via ECF*)

**SO ORDERED:**

*/s/ Paul G. Gardephe*
**PAUL G. GARDEPHE, U.S.D.J.**

**Dated:**   December 4, 2020